

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Qualcomm Incorporated | | Civil No. 17-cv-1375 |
| **Plaintiff,** | | |
| v. | | **PRO HAC VICE APPLICATION** |
| Apple Inc. | | Apple Inc. |
| **Defendant.** | | Party Represented |

I, _____William F. Lee_____ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr, LLP
Street address: 60 State St.
City, State, ZIP: Boston, MA 02109
Phone number: 617-526-6000
Email: william.lee@wilmerhale.com

That on ___1/13/1977___ I was admitted to practice before ___Massachusetts SJC___
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| | |
|---|---|
| Mark D. Selwyn | (650) 858-6000 |
| (Name) | (Telephone) |
| Wilmer Cutler Pickering Hale and Dorr, LLP | |
| (Firm) | |
| 950 Page Mill Rd. | Palo Alto, CA 94304 |
| (Street) | (City) (Zip code) |

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)