

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Qualcomm Incorporated

**Plaintiff,**

v.

Apple Inc.

**Defendant.**

Civil No. ____17-cv-1375____

## PRO HAC VICE APPLICATION

Apple Inc.
Party Represented

I, ____Louis W. Tompros____ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr, LLP

Street address: 60 State St.

City, State, ZIP: Boston, MA 02109

Phone number: 617-526-6000

Email: louis.tompros@wilmerhale.com

That on ____12/15/2003____ I was admitted to practice before ____Massachusetts SJC____
(Date)                                                                                                                   (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have)   ☒ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____   Date of Application _____

Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Mark D. Selwyn                                       (650) 858-6000
(Name)                                                       (Telephone)

Wilmer Cutler Pickering Hale and Dorr, LLP
(Firm)

950 Page Mill Rd.                 Palo Alto, CA                 94304
(Street)                                 (City)                            (Zip code)

*(Signature of Applicant)*

I hereby consent to the above designation.

*(Signature of Designee Attorney)*