Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| Qualcomm Incorporated | | Civil No. 17-cv-1375 |
|---|---|---|
| | **Plaintiff,** | **PRO HAC VICE APPLICATION** |
| v. | | Apple Inc. |
| Apple Inc. | **Defendant.** | Party Represented |

I, __Nina S. Tallon__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr, LLP
Street address: 1875 Pennsylvania Avenue NW
City, State, ZIP: Washington, DC 20006
Phone number: (202) 663-6000
Email: nina.tallon@wilmerhale.com
That on __1/25/2002__ I was admitted to practice before __Massachusetts SJC__
     (Date)                                              (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Nina S. Tallon_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| Mark D. Selwyn | (650) 858-6000 |
|---|---|
| (Name) | (Telephone) |

Wilmer Cutler Pickering Hale and Dorr, LLP
(Firm)

| 950 Page Mill Rd. | Palo Alto, CA | 94304 |
|---|---|---|
| (Street) | (City) | (Zip code) |

_/s/ Nina S. Tallon_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/_
(Signature of Designee Attorney)