Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| Qualcomm Incorporated | | Civil No. 3:17-CV-01375-JAH-M |
|---|---|---|
| | Plaintiff, | |
| v. | | **PRO HAC VICE APPLICATION** |
| Apple Inc. | Defendant. | Qualcomm Incorporated |
| | | Party Represented |

I, __David A. Nelson__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Quinn Emanuel Urquhart & Sullivan LLP

Street address: 191 N. Wacker, Suite 2700

City, State, ZIP: Chicago, Illinois 60606

Phone number: (312) 705-7400

Email: davenelson@quinnemanuel.com

That on __Nov 5, 1992__ I was admitted to practice before __State of Illinois__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have)  ☐ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case Apple Inc. v. Qualcomm Incorporated

Case Number 3:17-cv-00108-GPC-MDD        Date of Application Mar 13, 2017

Application:  ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Karen P. Hewitt                                   (858) 314-1119
(Name)                                            (Telephone)

Jones Day
(Firm)

4655 Executive Drive, Suite 1500, San Diego, CA 92121
(Street)   (City)   (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)