Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Qualcomm Incorporated | **Plaintiff,** | Civil No. 3:17-CV-01375-JAH-M$\boxtimes$ |
| v. | | **PRO HAC VICE APPLICATION** |
| Apple Inc. | **Defendant.** | Qualcomm Incorporated |
| | | Party Represented |

I, __Brianne Straka__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Quinn Emanuel Urquhart & Sullivan LLP
Street address: 191 N. Wacker, Suite 2700
City, State, ZIP: Chicago, Illinois 60606
Phone number: (312) 705-7400
Email: briannestraka@quinnemanuel.com

That on __Nov 5, 2009__ I was admitted to practice before __State of Illinois__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Brianne M. Straka_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Karen P. Hewitt                                (858) 314-1119
(Name)                                         (Telephone)

Jones Day
(Firm)

4655 Executive Drive, Suite 1500, San Diego, CA 92121
(Street)                                  (City)                     (Zip code)

_/s/ Brianne M. Straka_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/ Karen P. Hewitt_
(Signature of Designee Attorney)