Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 619-678-5070 / Fax: 619-678-5099

*Attorneys for Defendant Apple Inc.*

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

*Attorneys for Plaintiff Qualcomm Incorporated*

[*Additional counsel identified on signature page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br>v.<br><br>APPLE INCORPORATED,<br><br>Defendant. | Case No. 3:17-CV-01375-JAH-MDD<br><br>JOINT MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE<br><br>Magistrate Judge: Mitchell D. Dembin |

Case No. 3:17-cv-01375-JAH-MDD

Plaintiff Qualcomm Incorporated ("Qualcomm") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby jointly stipulate to the following:

**STIPULATION**

WHEREAS, on October 13, 2017, this Court issued the Order Scheduling Early Neutral Evaluation (Patent) (Dkt. 33), setting the ENE for November 15, 2017, at 9:15 a.m;

WHEREAS, Apple is unavailable to participate in the ENE on November 15;

WHEREAS, continuing the ENE will not prejudice either party or the Court; and

WHEREAS, the parties have conferred, and the parties desire to continue the ENE to December 1, 2017.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court:

The parties jointly stipulate to and request that the Court continue the Early Neutral Evaluation ("ENE") to December 1, 2017, before the Honorable Mitchell D. Dembin, United States Magistrate Judge, 333 West Broadway, CHMB 11B, San Diego, California.

IT IS SO STIPULATED.

Case No. 3:17-cv-01375-JAH-MDD

| | | |
|---|---|---|
| 1 | Dated: October 25, 2017 | Respectfully submitted, |
| 2 | | By: */s/ Seth M. Sproul* |
| | | Juanita R. Brooks, SBN 75934, brooks@fr.com |
| 3 | | Seth M. Sproul, SBN 217711, sproul@fr.com |
| | | Fish & Richardson P.C. |
| 4 | | 12390 El Camino Real |
| | | San Diego, CA 92130 |
| 5 | | Telephone: 619-678-5070 |
| | | Facsimile: 619-678-5099 |
| 6 | | Ruffin B. Cordell, DC Bar No. 445801, |
| 7 | | *pro hac vice*, cordell@fr.com |
| | | Lauren A. Degnan, DC Bar No. 452421, |
| 8 | | *pro hac vice*, degnan@fr.com |
| | | Fish & Richardson P.C. |
| 9 | | The McPherson Building |
| | | 901 15th Street, N.W., 7th Floor |
| 10 | | Washington, D.C. 20005 |
| | | Phone: 202-783-5070 / Fax: 202-783-2331 |
| 11 | | Attorneys for Defendant *Apple Inc.* |
| 12 | | |
| 13 | | By: */s/ Randall E. Kay* |
| | | Karen P. Hewitt (SBN 145309) |
| 14 | | kphewitt@jonesday.com |
| | | Randall E. Kay (SBN 149369) |
| 15 | | rekay@jonesday.com |
| | | JONES DAY |
| 16 | | 4655 Executive Drive, Suite 1500 |
| | | San Diego, California 92121 |
| 17 | | Telephone: (858) 314-1200 |
| | | Facsimile: (858) 345-3178 |
| 18 | | |
| | | David A. Nelson (*pro hac vice forthcoming*) |
| 19 | | (Ill. Bar No. 6209623) |
| | | davenelson@quinnemanuel.com |
| 20 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 21 | | 500 West Madison St., Suite 2450 |
| | | Chicago, Illinois 60661 |
| 22 | | Telephone: (312) 705-7400 |
| | | Facsimile: (312) 705-7401 |
| 23 | | Evan R. Chesler (*pro hac vice forthcoming*) |
| 24 | | (N.Y. Bar No. 1475722) |
| | | echesler@cravath.com |
| 25 | | CRAVATH, SWAINE & MOORE LLP |
| | | Worldwide Plaza, 825 Eighth Avenue |
| 26 | | New York, NY 10019 |
| | | Telephone: (212) 474-1000 |
| 27 | | Facsimile: (212) 474-3700 |
| 28 | | Attorneys for Plaintiff *Qualcomm Incorporated* |

## FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated:  October 25, 2017

*/s/ Seth M. Sproul*
Seth M. Sproul, SBN 217711

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 25, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:  October 25, 2017

*/s/ Seth M. Sproul*
Seth M. Sproul, SBN 217711