Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Qualcomm Incorporated

**Plaintiff,**

v.

Apple Inc.

**Defendant.**

Civil No. 3:17-CV-01375-JAH-M

## PRO HAC VICE APPLICATION

Qualcomm Incorporated
Party Represented

I, __Richard Erwine__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Quinn Emanuel Urquhart & Sullivan LLP

Street address: 51 Madison Avenue, 22nd Floor

City, State, ZIP: New York, NY 10010

Phone number: (212) 849-7135

Email: richarderwine@quinnemanuel.com

That on __April 30, 1996__ I was admitted to practice before __State of New York__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Karen P. Hewitt (858) 314-1119
(Name) (Telephone)

Jones Day
(Firm)

4655 Executive Drive, Suite 1500, San Diego, CA 92121
(Street) (City) (Zip code)

10-11-17
(Signature of Applicant)

_Karen P. Hewitt_
(Signature of Designee Attorney)

I hereby consent to the above designation.