David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile:  (844) 345-3178

Evan R. Chesler (*pro hac vice* forthcoming)
(N.Y. Bar No. 1475722)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
*Attorneys for Plaintiff*
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INCORPORATED,<br><br>Defendant.<br>AND RELATED COUNTERCLAIM. | Case No. 3:17-CV-01375-JAH-MDD<br><br>**PLAINTIFF QUALCOMM INC.'S ANSWER TO DEFENDANT APPLE INC.'S COUNTERCLAIMS** |

# ANSWER

Plaintiff Qualcomm Inc. ("Qualcomm") hereby answers Defendant Apple Inc.'s ("Apple") Counterclaims to Qualcomm's First Amended Complaint ("Complaint"), filed September 26, 2017. Except as otherwise expressly set forth below, Qualcomm denies the allegations and characterizations contained in Apple's Counterclaims.

## PARTIES[1]

1. Qualcomm denies the allegations in Paragraph 1, except states that Apple is a California corporation with its principal place of business at 1 Infinite Loop, Cupertino, California 95014, and that Apple designs and markets certain products.

2. Qualcomm denies the allegations in Paragraph 2, except states that Qualcomm is a Delaware corporation with its principal place of business at 5775 Morehouse Drive, San Diego, California 92121. Qualcomm further states that it is a global company and that its business includes, but is not limited to, the development and commercialization of wireless telecommunications technologies, products, and services.[2]

---

[1] Qualcomm repeats the headings set forth in Apple's Counterclaims in order to simplify comparison of the Counterclaims and this Response. In doing so, Qualcomm makes no admissions regarding the substance of the headings or any other allegations of the Counterclaims. Unless otherwise stated, to the extent that a particular heading can be construed as an allegation, Qualcomm specifically denies all such allegations.

[2] Qualcomm objects to the Complainant's definition of "Qualcomm" to the extent that it does not distinguish between Qualcomm Incorporated and the subsidiaries and/or divisions of Qualcomm. Qualcomm reserves all rights to object to Apple's purported definition for purposes of discovery or any other aspect of this action.

3.      Qualcomm denies the allegations in Paragraph 3, except states that (i) Qualcomm has offices and employees in the Southern District of California; and (ii) Qualcomm conducts business in the Southern District of California.

4.      Qualcomm denies the allegations in Paragraph 4, except states that (i) Qualcomm conducts business primarily through two reportable segments, Qualcomm CDMA Technologies ("QCT") and Qualcomm Technology Licensing ("QTL"); (ii) Qualcomm Technologies, Inc. ("QTI") is a wholly owned subsidiary of Qualcomm Incorporated; (iii) QTI operates as a separate legal entity from Qualcomm Incorporated; (iv) QTI, together with its subsidiaries, operates substantially all of Qualcomm's product and services business, including QCT; and (v) Qualcomm CDMA Technologies Asia Pacific Pte. Ltd. ("QCTAP") is a wholly owned subsidiary of Qualcomm Global Trading Pte. Ltd., which is a majority-owned subsidiary of QTI.

## BACKGROUND

5.      Qualcomm states that it is the owner of U.S. Patent No. 8,633,936 ("the '936 patent"), that the '936 patent was duly and legally issued on January 21, 2014, that the '936 patent is valid and enforceable, that Qualcomm is the original assignee of the '936 patent, and that Qualcomm has the full and exclusive right to bring action and recover damages for Apple's infringement of the '936 patent. Qualcomm states that it attached a copy of the '936 patent as Exhibit A to its Complaint. Except as specifically admitted, Qualcomm denies the allegations and characterizations contained in Paragraph 5.

6.      Qualcomm states that it is the owner of U.S. Patent No. 8,698,558 ("the '558 patent"), that the '558 patent was duly and legally issued on April 15, 2014, that the '558 patent is valid and enforceable, that Qualcomm is the original assignee of the '558 patent, and that Qualcomm has the full and exclusive right to bring action and recover damages for Apple's infringement of the '558 patent. Qualcomm states that it attached a copy of the '558 patent as Exhibit B to its Complaint. Except

1  as specifically admitted, Qualcomm denies the allegations and characterizations
2  contained in Paragraph 6.
3      7.   Qualcomm states that it is the owner of U.S. Patent No. 8,838,949 ("the
4  '949 patent"), that the '949 patent was duly and legally issued on September 16,
5  2014, that the '949 patent is valid and enforceable, that Qualcomm is the original
6  assignee of the '949 patent, and that Qualcomm has the full and exclusive right to
7  bring action and recover damages for Apple's infringement of the '949 patent.
8  Qualcomm states that it attached a copy of the '949 patent as Exhibit C to its
9  Complaint. Except as specifically admitted, Qualcomm denies the allegations and
10 characterizations contained in Paragraph 7.
11     8.   Qualcomm states that it is the owner of U.S. Patent No. 9,535,490 ("the
12 '490 patent"), that the '490 patent was duly and legally issued on January 3, 2017,
13 that the '490 patent is valid and enforceable, that Qualcomm is the original assignee
14 of the '490 patent, and that Qualcomm has the full and exclusive right to bring
15 action and recover damages for Apple's infringement of the '490 patent. Qualcomm
16 states that it attached a copy of the '490 patent as Exhibit D to its Complaint. Except
17 as specifically admitted, Qualcomm denies the allegations and characterizations
18 contained in Paragraph 8.
19     9.   Qualcomm states that it is the owner of U.S. Patent No. 9,608,675 ("the
20 '675 patent"), that the '675 patent was duly and legally issued on March 28, 2017,
21 that the '675 patent is valid and enforceable, that Qualcomm is the original assignee
22 of the '675 patent, and that Qualcomm has the full and exclusive right to bring
23 actions and recover damages for Apple's infringement of the '675 patent.
24 Qualcomm states that it attached a copy of the '675 patent as Exhibit E to its
25 Complaint. Except as specifically admitted, Qualcomm denies the allegations and
26 characterizations contained in Paragraph 9.
27     10.  Qualcomm admits that it has alleged that acts by Apple infringe the
28 '936, '558, '949, '490, and '675 patents (collectively, the "Patents-in-Suit"), but

states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the Patents-in-Suit by making, using, offering for sale, selling, or importing devices that practice the Patents-in-Suit.

11. Qualcomm states that the allegations in Paragraph 11 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 11.

## JURISDICTION

12. Qualcomm denies the allegations in Paragraph 12, except states that Apple purports to describe its claims and the relief it seeks.

13. Qualcomm states that the allegations in Paragraph 13 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 13.

14. Qualcomm denies the allegations in Paragraph 14, except states that venue is proper in this Court.

## COUNT I

**Declaration of Noninfringement of U.S. Patent No. 8,633,936**

15. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

16. Qualcomm denies the allegations in Paragraph 16, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '936 patent.

17. Qualcomm states that the allegations in Paragraph 17 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 17.

18. Qualcomm denies the allegations in Paragraph 18, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '936 patent, and refers to the '936 patent for its contents.

19. Qualcomm states that the allegations in Paragraph 19 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 19.

20. Qualcomm states that the allegations in Paragraph 20 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 20, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT II

### Declaration of Invalidity of U.S. Patent No. 8,633,936

21. Qualcomm states that the allegations in Paragraph 21 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 21.

22. Qualcomm states that the allegations in Paragraph 22 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 22, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT III

### Declaration of Noninfringement of U.S. Patent No. 8,698,558

23. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

24. Qualcomm denies the allegations in Paragraph 24, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '558 patent.

25. Qualcomm states that the allegations in Paragraph 25 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 25.

26. Qualcomm denies the allegations in Paragraph 26, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '558 patent, and refers to the '558 patent for its contents.

27. Qualcomm states that the allegations in Paragraph 27 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 27.

28. Qualcomm states that the allegations in Paragraph 28 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 28, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT IV

### Declaration of Invalidity of U.S. Patent No. 8,698,558

29. Qualcomm states that the allegations in Paragraph 29 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 29.

30. Qualcomm states that the allegations in Paragraph 30 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 30, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT V

### Declaration of Unenforceability of U.S. Patent No. 8,698,558

31. Qualcomm states that the allegations in Paragraph 31 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 31.

32. Qualcomm denies the allegations in Paragraph 32.

33. Qualcomm denies the allegations in Paragraph 33.

34. Qualcomm denies the allegations in Paragraph 34.

35. Qualcomm denies the allegations in Paragraph 35, except refers to the cited documents for their contents.

36. Qualcomm denies the allegations in Paragraph 36, except refers to the '558 patent for its contents.

37. Qualcomm denies the allegations in Paragraph 37.

38. Qualcomm denies the allegations in Paragraph 38.

39. Qualcomm denies the allegations in Paragraph 39.

40. Qualcomm states that the allegations in Paragraph 40 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 40.

41. Qualcomm denies the allegations in Paragraph 41.

42. Qualcomm denies the allegations in Paragraph 42.

43. Qualcomm states that the allegations in Paragraph 43 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 43, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT VI

### Declaration of Invalidity of Certificate of Correction of U.S. Patent No. 8,698,558

44. Qualcomm states that the allegations in Paragraph 44 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 44, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT VII

### Declaration of Noninfringement of U.S. Patent No. 8,838,949

45. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

46. Qualcomm denies the allegations in Paragraph 46, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '949 patent.

47. Qualcomm states that the allegations in Paragraph 47 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 47.

48. Qualcomm denies the allegations in Paragraph 48, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '949 patent, and refers to the '949 patent for its contents.

49. Qualcomm states that the allegations in Paragraph 49 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 49.

50. Qualcomm states that the allegations in Paragraph 50 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 50, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT VIII

### Declaration of Invalidity of U.S. Patent No. 8,838,949

51. Qualcomm states that the allegations in Paragraph 51 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 51.

52. Qualcomm states that the allegations in Paragraph 52 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 52, except states that Apple purports to seek declaratory relief in its Counterclaim.

/ / /

/ / /

/ / /

# COUNT IX

**Declaration of Noninfringement of U.S. Patent No. 9,535,490**

53. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

54. Qualcomm denies the allegations in Paragraph 54, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '490 patent.

55. Qualcomm states that the allegations in Paragraph 55 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 55.

56. Qualcomm denies the allegations in Paragraph 56, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '490 patent, and refers to the '490 patent for its contents.

57. Qualcomm states that the allegations in Paragraph 57 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 57.

58. Qualcomm states that the allegations in Paragraph 58 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 58, except states that Apple purports to seek declaratory relief in its Counterclaim.

# COUNT X

**Declaration of Invalidity of U.S. Patent No. 9,535,490**

59. Qualcomm states that the allegations in Paragraph 59 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 59.

60. Qualcomm states that the allegations in Paragraph 60 state a legal conclusion to which no response is required. To the extent a response is required,

Qualcomm denies the allegations in Paragraph 60, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT XI

### Declaration of Noninfringement of U.S. Patent No. 9,608,675

61. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

62. Qualcomm denies the allegations in Paragraph 62, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '675 patent.

63. Qualcomm states that the allegations in Paragraph 63 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 63.

64. Qualcomm denies the allegations in Paragraph 64, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '675 patent, and refers to the '675 patent for its contents.

65. Qualcomm states that the allegations in Paragraph 65 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 65.

66. Qualcomm states that the allegations in Paragraph 66 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 66, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT XII

### Declaration of Invalidity of U.S. Patent No. 9,608,675

67. Qualcomm states that the allegations in Paragraph 67 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 67.

68.     Qualcomm states that the allegations in Paragraph 68 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 68, except states that Apple purports to seek declaratory relief in its Counterclaim.

## PRAYER FOR RELIEF

Qualcomm denies that Apple is entitled to any relief whatsoever, whether as sought in the Prayer for Relief of its Counterclaims or otherwise, in connection with this civil action.

Dated: October 31, 2017

By:  *s/ Randall E. Kay*
Randall E. Kay

JONES DAY
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Richard W. Erwine (*pro hac vice* forthcoming)
(N.Y. Bar No. 2753929)
richarderwine@quinnemanuel.com
Alexander Rudis (*pro hac vice* forthcoming)

| | |
|---|---|
| 1 | (N.Y. Bar No. 4232591) |
| | alexanderrudis@quinnemanuel.com |
| 2 | 51 Madison Avenue, 22nd Floor |
| 3 | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| 4 | Facsimile: (212) 849-7100 |
| 5 | |
| | Sean S. Pak (SBN 219032) |
| 6 | seanpak@quinnemanuel.com |
| 7 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 8 | Telephone: (415) 875-6600 |
| 9 | Facsimile: (415) 875-6700 |
| 10 | |
| | S. Alex Lasher (SBN 224034) |
| 11 | alexlasher@quinnemanuel.com |
| | 777 6th Street NW, 11th Floor |
| 12 | Washington, DC 20001 |
| 13 | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| 14 | |
| 15 | CRAVATH, SWAINE & MOORE LLP |
| 16 | Evan R. Chesler (*pro hac vice* forthcoming) |
| 17 | (N.Y. Bar No. 1475722) |
| 18 | echesler@cravath.com |
| 19 | Keith R. Hummel (*pro hac vice* forthcoming) |
| 20 | (N.Y. Bar No. 2430668) |
| 21 | khummel@cravath.com |
| | Richard J. Stark (*pro hac vice* forthcoming) |
| 22 | (N.Y. Bar No. 2472603) |
| 23 | rstark@cravath.com |
| 24 | Gary A. Bornstein (*pro hac vice* forthcoming) |
| 25 | (N.Y. Bar No. 2916815) |
| 26 | gbornstein@cravath.com |
| 27 | J. Wesley Earnhardt (*pro hac vice* forthcoming) |
| 28 | (N.Y. Bar No. 4331609) |

| | |
|---|---|
| 1 | wearnhardt@cravath.com |
| 2 | Yonatan Even (*pro hac vice* forthcoming) |
| 3 | (N.Y. Bar No. 4339651 ) |
| 4 | yeven@cravath.com |
|   | Vanessa A. Lavely (*pro hac vice* |
| 5 | forthcoming) |
|   | (N.Y. Bar No. 4867412) |
| 6 | vlavely@cravath.com |
| 7 | Worldwide Plaza, 825 Eighth Avenue |
|   | New York, NY 10019 |
| 8 | Telephone: (212) 474-1000 |
| 9 | Facsimile: (212) 474-3700 |
| 10 | *Attorneys for Plaintiff* |
| 11 | QUALCOMM INCORPORATED |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 31, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

 *s/ Randall E. Kay*
Randall E. Kay
rekay@jonesday.com