Print Form

**United States District Court**
SOUTHERN DISTRICT OF CALIFORNIA

| Qualcomm Incorporated | Plaintiff, | Civil No. 3:17-CV-01375-JAH-N |
| | v. | **PRO HAC VICE APPLICATION** |
| Apple Inc. | Defendant. | Qualcomm Incorporated |
| | | Party Represented |

I, _____Richard Erwine_____ hereby petition the above entitled court to permit me
     (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Quinn Emanuel Urquhart & Sullivan LLP

Street address: 51 Madison Avenue, 22nd Floor

City, State, ZIP: New York, NY 10010

Phone number: (212) 849-7135

Email:     richarderwine@quinnemanuel.com

That on   April 30, 1996   I was admitted to practice before     State of New York
     (Date)                                                         (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☐ have)  ☒ have not)  concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____     Date of Application _____

Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Karen P. Hewitt                          (858) 314-1119
(Name)                                   (Telephone)

Jones Day
(Firm)

4655 Executive Drive, Suite 1500, San Diego, CA 92121
(Street)                          (City)                          (Zip code)

_____   10-11-17
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)