1  Juanita R. Brooks, SBN 75934, brooks@fr.com

2  Seth M. Sproul, SBN 217711, sproul@fr.com
   Fish & Richardson P.C.

3  12390 El Camino Real
   San Diego, CA 92130

4  Phone: 858-678-5070 / Fax: 858-678-5099

5

6  Ruffin B. Cordell, DC Bar No. 445801, *appearing pro hac vice*, cordell@fr.com
   Lauren A. Degnan, DC Bar No. 452421, *appearing pro hac vice*, degnan@fr.com

7  Fish & Richardson P.C.
   The McPherson Building

8  901 15th Street, N.W., 7th Floor

9  Washington, D.C.  20005
   Phone: 202-783-5070 / Fax: 202-783-2331

10

11 William A. Isaacson, DC Bar No. 414788, *appearing pro hac vice,*
   wisaacson@bsfllp.com

12 Karen L. Dunn, DC Bar No. 1002520, *appearing pro hac vice*, kdunn@bsfllp.com

13 Boies, Schiller & Flexner LLP
   1401 New York Avenue, N.W.

14 Washington, DC 20005

15 Phone: 202-237-2727 / Fax: 202-237-6131

16
   *[Additional counsel listed in signature block on last page.]*
17

18 Attorneys for Defendant Apple Inc.

19             UNITED STATES DISTRICT COURT

20             SOUTHERN DISTRICT OF CALIFORNIA

21 QUALCOMM INCORPORATED,          | Case No. 3:17-CV-1375-DMS-MDD

22             Plaintiff,          | **JOINT MOTION FOR APPROVAL OF**
        v.                         | **STIPULATION REGARDING**
23                                 | **EXTENSION OF TIME FOR**
                                   | **DEFENDANT APPLE INC. TO AMEND**
24 APPLE INCORPORATED,             | **ITS ANSWER AND COUNTERCLAIMS**

25             Defendant.

26 AND RELATED COUNTERCLAIMS.      | Judge:        Hon. Dana M. Sabraw

27

28

1    Plaintiff Qualcomm Incorporated ("Qualcomm") and Defendant Apple Inc.

2   ("Apple"), by and through their respective counsel, hereby jointly move for

3   approval of the following stipulation:

4                                          **STIPULATION**

5         WHEREAS, on July 6, 2017, Qualcomm filed its Complaint for Patent

6   Infringement (Dkt. 1) in this action;

7         WHEREAS, on August 25, 2017, Qualcomm filed its First Amended

8   Complaint for Patent Infringement (Dkt. 14) in this action;

9         WHEREAS, on September 26, 2017, Apple filed its Answer and

10  Counterclaims to Plaintiff Qualcomm Incorporated's First Amended Complaint

11  (Dkt. 25) in this action;

12        WHEREAS, on October 31, 2017, Qualcomm filed its Answer to Defendant

13  Apple Inc.'s Counterclaims (Dkt. 62) in this action;

14        WHEREAS, Apple's current deadline to amend its Answer and

15  Counterclaims as a matter of course is November 21, 2017, pursuant to Fed. R. Civ.

16  P. 15(a)(1)(B);

17        WHEREAS, the parties have conferred, and Apple desires to extend the

18  deadline to amend its Answer and Counterclaims as a matter of course by eight (8)

19  days to November 29, 2017, and Qualcomm consents to this request;

20        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by

21  and between the undersigned counsel, subject to approval of the Court:

22        1.    Apple's deadline to amend its Answer and Counterclaims as a matter of

23              course shall be extended to November 29, 2017.

24

25

26

27

28

                                              1

                                                    Case No. 3:17-CV-1375-DMS-MDD

1    IT IS SO STIPULATED.

2

3    Dated:  November 20, 2017    Respectfully submitted,

4

5    By: *s/ Seth M. Sproul*
         Juanita R. Brooks, SBN 75934, brooks@fr.com
6        Seth M. Sproul, SBN 217711, sproul@fr.com
         Fish & Richardson P.C.
7        12390 El Camino Real
         San Diego, CA 92130
8        Phone: 858-678-5070 / Fax: 858-678-5099

9

10       Ruffin B. Cordell, DC Bar No. 445801
         appearing pro hac vice, cordell@fr.com
11       Lauren A. Degnan, DC Bar No. 452421
         appearing pro hac vice, degnan@fr.com
12       Fish & Richardson P.C.
         The McPherson Building
13       901 15th Street, N.W., 7th Floor
         Washington, D.C.  20005
14       Phone: 202-783-5070 / Fax: 202-783-2331

15

16

17       William A. Isaacson, DC Bar No. 414788
         appearing pro hac vice, wisaacson@bsfllp.com
18       Karen L. Dunn, DC Bar No. 1002520, appearing
         pro hac vice, kdunn@bsfllp.com
19       Boies, Schiller & Flexner LLP
         1401 New York Avenue, N.W.
20       Washington, DC 20005
         Phone: 202-237-2727 / Fax: 202-237-6131
21

22

23       Mark D. Selwyn SBN 244180
         mark.selwyn@wilmerhale.com
24       Wilmer Cutler Pickering Hale and Dorr LLP
         950 Page Mill Road
25       Palo Alto, CA 94304
         Phone: 650-858-6000 / Fax: 650-858-6100
26

27

28

2

William F. Lee, #291960 appearing pro hac vice,
william.lee@wilmerhale.com
Joseph J. Mueller, #647567 appearing pro hac
vice, joseph.mueller@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000 / Fax: 617-526-5000

Nina S. Tallon, #479481 appearing pro hac vice,
nina.tallon@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: 202-663-6000 / Fax: 202-663-6363

Attorneys for *Defendant Apple Inc.*

By: *s/ Randall E. Kay*
    Karen P. Hewitt (SBN 145309)
    kphewitt@jonesday.com
    Randall E. Kay (SBN 149369)
    rekay@jonesday.com
    JONES DAY
    4655 Executive Drive, Suite 1500
    San Diego, California 92121
    Telephone: (858) 314-1200
    Facsimile: (858) 345-3178

    David A. Nelson (pro hac vice forthcoming)
    (Ill. Bar No. 6209623)
    davenelson@quinnemanuel.com
    QUINN EMALUEL URQUHART &
    SULLIVAN LLP
    500 West Madison St., Suite 2450
    Chicago, Illinois 60661
    Telephone: (312) 705-7400
    Facsimile: (312) 705-7401

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Evan R. Chesler (pro hac vice forthcoming)
(N.Y. Bar No. 1475722)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for *Plaintiff Qualcomm Incorporated*

4

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated:   November 20, 2017

*s/ Seth M. Sproul*
Seth M. Sproul, SBN 217711
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone:  619-678-5070 / Fax: 619-678-5099

Case No. 3:17-CV-1375-DMS-MDD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 20, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

      Executed on November 20, 2017 at San Diego, California.

                    *s/ Seth M. Sproul*
                    Seth M. Sproul

Case No. 3:17-CV-1375-DMS-MDD