UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INCORPORATED,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-CV-1375-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO AMEND ITS ANSWER AND COUNTERCLAIMS** |

　　WHEREFORE, the Court having considered the parties' joint motion for approval of stipulation regarding Apple's deadline to amend its Answer and Counterclaims as a matter of course is extended to November 29, 2017;

　　IT IS HEREBY ORDERED that the joint motion for approval of stipulation is GRANTED.  Apple Inc. shall amend its Answer and Counterclaims to Qualcomm Incorporated's Complaint on or before November 29, 2017.

　　IT IS SO ORDERED.
Dated:  November 21, 2017

_____
Hon. Dana M. Sabraw
United States District Judge

Case No. 3:17-CV-1375-DMS-MDD