David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*[Additional counsel identified on signature page]*

*Attorneys for Plaintiff and Counterclaim Defendants*
QUALCOMM INCORPORATED AND
QUALCOMM TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INCORPORATED, <br><br> Defendant. | CASE NO. 3:17-CV-01375-DMS-MDD <br><br> **WITHDRAWAL OF DOCUMENT** |

The above-named Plaintiff and Counter-Claim Defendant, by and through its undersigned attorneys, requests to withdraw Document Number 221 (Motion to File Documents Under Seal), filed in this litigation on June 19, 2018. The document was filed with a signature different from that of the filing attorney. This document will be properly re-filed shortly.

DATED: June 19, 2018         Respectfully Submitted,

By */s/ Michelle A. Clark*
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
John D. Kinton (SBN 203250)
jkinton@jonesday.com
Kelly V. O'Donnell (SBN 257266)
kodonnell@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Joseph C. Sarles (SBN 254750)
josephsarles@quinnemanuel.com
Valerie A. Lozano (SBN 260020)
valerielozano@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

WITHDRAWAL OF DOCUMENT

Richard W. Erwine (*pro hac vice*)
(N.Y. Bar No. 2753929)
richarderwine@quinnemanuel.com
Alexander Rudis (*pro hac vice* forthcoming)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar. No. 2784817)
aryan@cravath.com
David R. Marriott (*pro hac vice*)
(N.Y. Bar. No. 2682565)
dmarriott@cravath.com
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiff and Counterclaim Defendants QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES. INC.*

|  |  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies that a true and correct copy of the above and
3  foregoing document has been served on June 19, 2018 to all counsel of record who
4  are deemed to have consented to electronic service via the Court's CM/ECF system
5  per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic
6  mail, facsimile and/or overnight delivery.

7  Executed on June 19, 2018 at San Francisco, California.

9     */s/ Michelle A. Clark*
       Michelle A. Clark