# EXHIBIT 21

COMPREHENSIVE COVERAGE FOR ALL COMPUTER USERS

# Oxford



# DICTIONARY OF Computing



IC LIBRARY
Withdrawn
55

OXFORD
UNIVERSITY PRESS
Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide in

Oxford New York

Auckland Bangkok Buenos Aires Cape Town Chennai
Dar es Salaam Delhi Hong Kong Istanbul Karachi Kolkata
Kuala Lumpur Madrid Melbourne Mexico City Mumbai Nairobi
São Paulo Shanghai Singapore Taipei Tokyo Toronto

Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

© Market House Books Ltd. 1983, 1986, 1990, 1996, 2004

The moral rights of the author have been asserted

Database right Oxford University Press (maker)

First published 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 0-19-860877-2

1

Typeset in Swift by Market House Books Ltd.

Printed in Great Britain by Clays Ltd, St Ives plc

computers that are either successive generations of a particular computer system or versions of a single generation that differ in cost, speed, and/or optional features. They will tend to have similar but perhaps not identical *architectures.

C

**computer fraud** Any technique aimed at manipulating information within a computer system for the purpose of illicit, usually financial, gain.

**computer games** Recreational computer programs. Computers have been used to play games from the very start, and as the computers have become more powerful and cheaper, the games have become more sophisticated, particularly in their appearance and sound. Much computer game playing is done on purpose-made computers called *games consoles*. Typically, games are controlled using a *joystick or similar hand-held device. They are available on a variety of data media and can also be downloaded from the *Internet. The serious side of games is in the algorithms underlying them, many of which have become important in other areas of computing. Equally, games have inherited techniques from industrial and military simulators. Currently *virtual reality is becoming more important in games, while networks have made the multiuser game popular. *See also* COMPUTER CHESS.

**computer graphics** The creation of, manipulation of, analysis of, and interaction with pictorial representations of objects and data using computers. The information may be a simple histogram, a complex map or engineering design with textual annotation, or a photorealistic rendered scene. The output may be via a transient display such as a *cathode-ray tube or as a permanent record via a printer or plotter. Input devices range from *digitizers to *spaceballs. Interaction with the displayed image is possible.

Output-only computer graphics was used as early as the late 1950s. The first interactive graphics system that defined a number of the current paradigms was *Sketchpad*, devised by Ivan Sutherland at MIT Lincoln Laboratory and published in 1963.

**computer hardware description language** *See* CHDL.

**computer-integrated manufacturing (CIM)** The use of computers to control equipment used in manufacturing systems. The term covers systems constructed from machine tools, and *robotics, and includes parts distribution and handling, automated storage of raw materials, work in progress, and finished goods. *See also* COMPUTER-AIDED ENGINEERING, COMPUTER-AIDED MANUFACTURING, COMPUTER-AIDED PRODUCTION MANAGEMENT.

**computer logic** The basic organization, design, and wiring used to realize a particular computer *architecture. Someone involved with computer logic is therefore concerned with the design of building blocks or components, both logical and physical, and with the logic design involved in realizing a particular set of machine-code instructions; this may include the provision of facilities such as *microprogramming whereby the set of basic instructions can be altered.

**computer-managed instruction (CMI)** The use of computers (usually offline) to produce lesson prescriptions based on student history and test performance. Components comprising each lesson unit are selected in accordance with learners' needs, as indicated by test performance on previous units, academic history, etc.

**Computer Misuse Act 1990** The act that criminalized hacking in the UK by creating two new offenses and that created the offense of unauthorized modification of computer material. The basic hacking offense in Section 1 of the Act is "unauthorized access to computer material" and a person is guilty of this offense "if he causes a computer to perform any function with intent to secure access to any program or data held in any computer" knowing at the time that the access is unauthorized (*see* ACCESS def. 2). The intent a person has to have need not be directed at any particular program or data. This offense is targeted at computer hackers who simply gain access to see what information the computer holds without the intention to commit any other serious act. However the offense is so widely drafted

objects such as *dialog boxes, *slider bars, *radio buttons, *check boxes, and *pick lists, as well as textual or graphical information. The objects forming the interface display have attributes such as the ability to be resized, moved around the display, shrunk down to an icon, or given different colors. Perhaps the best-known GUIs are those used on Microsoft *Windows PCs and Apple Macintosh computers, although there are several others in common use.

**graphic characters** *See* CHARACTER SET.

**graphics** *See* COMPUTER GRAPHICS.

**graphics accelerator** Additional hardware used in a graphics display to perform basic operations faster. At the lowest level this might be line-drawing hardware. For more sophisticated devices, *clipping, *rendering, and effects such as fog can be realized by graphics accelerators. Use of such hardware gives the opportunity for more complex images to be displayed in real time.

**graphics adapter** (*or* **adaptor)** A printed circuit board that can be added to a personal computer to enable it to drive a particular type of graphics display. It therefore determines the maximum graphics capability of the system. The most widely used graphics adapters are for IBM and IBM-compatible systems and include *VGA and *SVGA.

**graphics image format** *See* GIF.

**graphics mode** A way of displaying images on a computer screen or other graphics device such that the basic unit is the *pixel. Lines and characters on the screen are drawn pixel by pixel. The *resolution and complexity of the image depends on how many pixels there are in total, and how many bits are assigned to each pixel. The more bits per pixel, the more different colors or shades of gray. A single graphics device can operate in a number of different graphics modes with different resolutions and color selections. A common mode for a *desktop PC would be 1024 by 768 pixels with 256 different colors – chosen from a much larger number – available for each pixel. *See also* TEXT MODE, COMPUTER GRAPHICS.

**graphics primitive** A basic nondivisible graphical element for input or output within a computer-graphics system. Typical output primitives are *polyline, *polymarker, and *fill area. *Clipping of an output primitive cannot be guaranteed to produce another output primitive. Output primitives have *attributes such as line style and pattern associated with them. Typical input primitives are *locator, *choice, and *valuator. Input primitives often have a style of *echoing associated with them.

**graphics program** A computer program where the main output is provided by a graphical display.

**graphics tablet** *Another name for* data tablet.

**graphics workstation** *See* WORKSTATION.

**graph plotter** *See* PLOTTER.

**graph rewrite system** A set of rules, usually in the form of equations, that describe computations that may be carried out on *graphs; these take the form of changes that may be made to graphs (either finite or infinite).

**gravity field** An imaginary field placed around certain positions on a graphical display to aid user input. For example, when inputting a line drawing, existing end points of lines may have gravity fields associated with them that attract the *locator input device. As the device approaches the point it will therefore *snap* onto the point with the gravity field. A gravity field greatly assists the input of a connected set of lines for the operator, who only needs to get close to the desired position rather than identifying it precisely.

**Gray Book** A publication by the National Computer Security Center (*NCSC) that deals with the security aspects of subsystems intended to form secure parts of an overall secure system.

**Gray code** A binary $(n, n)$ *block code having the following properties:

(a) there are $2^n$ codewords, each of length $n$ bits;

(b) successive codewords differ by the complementation of a single bit, i.e. the *Hamming distance between them is unity.