# EXHIBIT 22

fifth edition

# Dictionary of Computing

bloomsburyreference

OVER 10,000 TERMS CLEARLY DEFINED



"Enables you to cut through jargon"
Teacher Trainer

**IDEAL FOR STUDENTS**

THE SMITHTOWN LIBRARY
Kings Park Branch
1 Church Street
Kings Park, NY 11754

A BLOOMSBURY REFERENCE BOOK

Originally published by Peter Collin Publishing

First published in Great Britain 1988
Second edition published 1994
Third edition published 1998
Fourth edition published 2002
Fifth edition published 2004
This edition published in the United States of America 2004

Bloomsbury Publishing Plc
38 Soho Square, London W1D 3HB

Bloomsbury Reference titles are distributed
in the United States of America by
Independent Publishers Group,
814 N. Franklin St., Chicago, IL 60610
1-800-888-4741
www.ipgbook.com

Copyright © S.M.H. Collin, 1988, 1994, 1998, 2002
This edition copyright © Bloomsbury Publishing Plc 2004

All rights reserved. No part of this publication may
be reproduced in any form or by any means without the
prior written permission of the publishers.

ISBN 1 904970 00 1

*Text Production and Proofreading*
Katy McAdam, Joel Adams, Lesley Brown, Stephen Curtis,
Daisy Jackson, Charlotte Regan, Howard Sargeant, Megan Thomson

All papers used by Bloomsbury Publishing are natural, recyclable produc
made from wood grown in well-managed forests.
The manufacturing processes conform to the environmental
regulations of the country of origin.

Text processing and computer typesetting by Bloomsbury
Printed in the United States of America by Quebecor World Fairfield

**graphical user interface** /ˌɡræfɪkl ˈjuzər ˌɪntərfeɪs/ *noun* full form of **GUI**

**graphic data** /ˈɡræfɪk ˌdeɪtə/ *noun* stored data that represents graphical information when displayed on a screen

**graphic display** /ˈɡræfɪk dɪˌpleɪ/ *noun* a computer screen able to present graphical information

**graphic display resolution** /ˈɡræfɪk dɪˌspleɪ ˌrezəluʃ(ə)n/ *noun* the number of pixels that a computer is able to display on the screen

**graphic language** /ˈɡræfɪk ˌlæŋɡwɪdʒ/ *noun* a computer programming language with inbuilt commands that are useful when displaying graphics

**graphic object** /ˌɡræfɪk ˈɑbdʒekt/ *noun* a small graphic image imported from another drawing application and placed on a page (NOTE: In most DTP, paint or drawing packages, the object can be moved, sized and positioned independently from the other elements on the page.)

**graphics** /ˈɡræfɪks/ *noun* pictures or lines which can be drawn on paper or on a screen to represent information ○ *graphics output such as bar charts, pie charts, line drawings, etc.*

**graphics accelerator** /ˈɡræfɪks ək ˌseləreɪtər/ *noun* a card that fits inside a computer and uses a dedicated processor chip to speed up the action of drawing lines and images on the screen

**graphics adapter** /ˈɡræfɪks ə ˌdæptər/ *noun* an electronic device, usually on an expansion card, in a computer that converts software commands into electrical signals that display graphics on a connected monitor ○ *The new graphics adapter is capable of displaying higher resolution graphics.*

**graphics character** /ˈɡræfɪks ˌkærɪktər/ *noun* a preprogrammed shape that can be displayed on a non-graphical screen instead of a character, used extensively in videotext systems to display simple pictures

**graphics coprocessor** /ˈɡræfɪks koʊˌprɑsesər/ *noun* same as **graphics processor**

**graphics file** /ˈɡræfɪks faɪl/ *noun* a binary file which contains data describing an image ○ *There are many standards for graphics files including TIFF, IMG and EPS.*

**graphics file format** /ˈɡræfɪks faɪl ˌfɔrmæt/ *noun* a method in which data describing an image is stored

**graphics interface format** /ˌɡræfɪks ˈɪntərfeɪs ˌfɔrmæt/ *noun* full form of **GIF**

**graphics kernel system** /ˌɡræfɪks ˈkɜrn(ə)l ˌsɪstəm/ *noun* full form of **GKS**

**graphics library** /ˈɡræfɪks ˌlaɪbr(ə)ri/ *noun* a number of routines stored in a library file that can be added to any user program to simplify the task of writing graphics programs

**graphics light pen** /ˌɡræfɪks ˈlaɪt ˌpen/ *noun* a high-accuracy light pen used for drawing onto a graphics display screen

**graphics mode** /ˈɡræfɪks moʊd/ *noun* a videotext terminal whose displayed characters are taken from a range of graphics characters instead of text

**graphics overlay card** /ˌɡræfɪks ˈoʊvərleɪ ˌkɑrd/ *noun* an expansion card for a PC or Apple Mac that combines generated text or images with an external video source

**graphics pad** /ˈɡræfɪks pæd/ *noun* same as **graphics tablet**

**graphics primitive** /ˌɡræfɪks ˈprɪmətɪv/ *noun* a basic shape such as an arc, line or filled square that is used to create other shapes or objects

**graphics printer** /ˈɡræfɪks ˌprɪntər/ *noun* a printer capable of printing bit-mapped images

**graphics processor** /ˈɡræfɪks ˌprɑsesər/ *noun* a secondary processor used to speed up the display of graphics ○ *This graphics adapter has a graphics coprocessor installed and is much faster.* Also called **graphics coprocessor** (NOTE: It calculates the position of pixels that form a line or shape and display graphic lines or shapes.)

**graphics software** /ˈɡræfɪks ˌsɔftwer/ *noun* prewritten routines which perform standard graphics commands such as line drawing and plotting that can be called from within a program to simplify program writing

**graphics tablet** /ˈɡræfɪks ˌtæblət/ *noun* a flat device which allows a user to input graphical information into a computer by drawing on its surface ○ *It is much easier to draw accurately with a graphics tablet than with a mouse.* Also called **graphics pad**

**graphics terminal** /ˈɡræfɪks ˌtɜrmɪn(ə)l/ *noun* a special terminal with a high-resolution graphic display and graphics tablet or other input device

**graphics VDU** /ˌɡræfɪks ˌvi di ˈju/ *noun* a special VDU which can display