# EXHIBIT 23

"An essential resource." —PC Magazine

RATED ★★★★★

OVER 650,000 SOLD

#1 Best Seller

# NEWTON'S TELECOM DICTIONARY

Covering Telecommunications, Networking, Information Technology, the Internet, the Web, Computing, Wireless and Fiber

MORE THAN 21,900 TERMS DEFINED

20th Updated and Expanded Edition

by Harry Newton

CMPBooks

**NEWTON's TELECOM DICTIONARY**

copyright © 2004 Harry Newton
email: Harry@HarryNewton.com
personal web site: www.HarryNewton.com
business web site: www.InSearchOfThePerfectInvestment.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published in the United States by
CMP Books
An imprint of CMP Media LLC
600 Harrison Street, San Francisco, CA 94107
Phone: 415-947-6615; Fax: 415-947-6015
Email: books@cmp.com
www.cmpbooks.com

CMP
United Business Media

For individual or quantity orders
CMP Books
6600 Silacci Way Gilroy, CA 95020
Tel: 1-800-500-6875 or 1-408-848-5296
Email: bookorders@cmp.com; Web: www.cmpbooks.com

This book is also sold through www.Amazon.com, www.Fatbrain.com and www.BarnesAndNoble.com and all fine booksellers worldwide.

Distributed to the book trade in the U.S. by
Publishers Group West
1700 Fourth St., Berkeley, CA 94710

Distributed in Canada by:
Jaguar Book Group, 100 Armstrong Avenue, Georgetown, Ontario M6K 3E7 Canada

Printed in the United States of America

ISBN Number 1-57820-309-0

March 2004

Twentieth Edition

Matt Kelsey, Publisher
Ray Horak, Senior Contributing Editor
Frank Brogan, Project manager
Saul Roldan and Damien Castaneda, Cover Design
Brad Greene, Text Layout

a result, "grandfather" has come to mean something allowable because it was allowable before prohibitive legislation. See also Grandfathered Equipment.

**Grandfathered Equipment** Non-FCC registered telephone equipment that was directly connected to the telecommunications network without a phone company-provided protective connecting arrangement (PCA) prior to the formalized FCC registration program. See Grandfathered.

**Grandparents** The people who think your children are wonderful even though they're sure you're not raising them right.

**Granularity** 1. Microsoft Corporation jargon for complexity. For example, when you "achieve granularity," you grasp the complexity of the issue or problem.

2. Scalable in the most agreeable terms. A granular technology is scalable in very small increments, like grains of sand. In other words, it can be upscaled in small increments, matching the small, incremental requirements of the user while avoiding disproportionately large increases in cost. It's an overused, overly optimistic, and misleading term which finds its application primarily in sales presentations and brochures. See Brochureware.

**Graphic Character** A character, other than a character representing a control function (like Ctrl G being, in WordStar and dBASE nomenclature, to delete the character on the right) that has a visual representation normally handwritten, printed, or displayed, and that has a coded representation consisting of one or more bit combinations.

**Graphic Equalizer** A device which adjusts the tone by changing specific frequencies. The tone control on a radio is a type of equalizer. A radio transmitter may amplify low-end signals better than high-end signals. An equalizer can reduce or increase the amplification of the broadcast for an even and accurate reproduction of the input.

**Graphic Violator** Picture the home page of a typical Web site. Somewhere on the page is a moving graphic — perhaps an animated GIF — that screams at you and violates the visual integrity and consistency of the page. Most often, such graphic is designed to deliberately violate the integrity of the page. It is often a paid-for advertisement. And the advertiser wants to draw your attention to his graphic ad. After all, he paid big money for the ad.

**Graphical Browser** A graphical browser is another, more commonly used, term for a World Wide Web(WWW) client program. A graphical browser can display inline graphics and allows the user to choose hyperlinks to move between hypertext documents. All browsers are graphical these days. The two leading browsers are Netscape and Microsoft Internet Explorer.

**Graphical User Interface** GUI. A fancy name probably originated by Microsoft which lets users get into and out of programs and manipulate the commands in those programs by using a pointing device (often a mouse). Microsoft's own definition is more elaborate. Namely that GUI puts visual metaphor that uses icons representing actual desktop objects that the user can access and manipulate with a pointing device.

**Graphics Coprocessor** A programmable chip that speeds video performance by carrying out graphics processing independently of the computer's CPU. Among the coprocessor's common abilities are drawing graphics primitives and converting vectors to bitmaps.

**Graphics Engine** The print component that provides WYSIWYG (What You See Is What You Get) support across devices.

**Graphics File** In terms of the World Wide Web (WWW), a graphics file is a file in graphics format that can be retrieved through a Web browser. The Web browser may need an add-on or file viewer in order to be able to display the file.

**Graphics Interchange Format** Graphics Interchange Format (GIF) is pronounced "Jiff." GIF is a format for encoding images (pictures, drawings, etc.) into bits so that a computer can "read" the GIF file and throw the picture up on a computer screen. The advantage of GIF files of images is that they're small, i.e. few bytes. It is a format for encoding images (pictures, drawings, logos, etc.) into bits so that a computer can "read" the GIF file and display the picture up on a computer screen. GIF can only handle 256 colors. The major advantage of GIF is that it compresses the image to a very small size, thus making it faster to transmit across phone lines. As a result, the GIF format has now become the standard for putting images up on web sites. Web page authors also often use GIF images because GIFs can be interlaced, which produces a melting effect on the client screen as the image is loading. CompuServe, the on-line service, invented GIF in 1987. GIF is based on a mathematical algorithm called LZW, which is a set of mathematical formulae used to compress images into GIF files. Unisys has a patent on LZW. GIF was originally used in the electronic bulletin board world and is used primarily to carry photographs of women in semi-clad and naked poses. According to Jack Rickard, ex-publisher of Boardwatch Magazine, "some of the photographs are reasonably good, but most feature strikingly plain women rather artlessly photographed by those whose higher calling is probably more aptly found in the building trades or automotive repair." Some argue that GIF really stands for Girls in Files. (That's a joke.) See also Internet.

**Graphics Mode** PCs work in two modes — text and graphics. In graphics mode, the pixels are individually addressable. In text mode, the graphics card inside your PC throws a type font on your screen. And that's it. You can't change it. In graphics mode, you can. Graphics and text modes are mutually exclusive.

**Graphics Pipeline** The conceptual framework for 3-D graphics processing. The pipeline consists of the application/scene, gemoety, triangle setup and rendering/ rasterization.

**Grasshopper Fuse** A fuse that indicates that it has been blown by the movement of a piece of springy metal.

**Grating** See Fiber Grating.

**Grating Lobes** Secondary main lobes.

**Grave Dancing** Rejoicing in someone else's disaster.

**Graveyard Shift** In the 1500s, local folks started running out of places to bury people. So they would dig up coffins and would take the bones to a "bone-house" and reuse the grave. When reopening these coffins, 1 out of 25 coffins were found to have scratch marks on the inside and they realized they had been burying people alive. So they thought they would tie a string on the wrist of the corpse, lead it through the coffin and up through the ground and tie it to a bell. Someone would have to sit out in the graveyard all night the ("graveyard shift") to listen for the bell; thus, someone could be "saved by the bell" or was considered a "dead ringer."

**Gravity Cell** A closed circuit cell used where a continuous flow of current is desired. This type consists of copper and zinc electrodes with copper sulfate and zinc sulfate electrolyte. These are separated because of difference in their specific gravity.

**Gray** 1. Elisha Gray was an inventor who filed for a patent on his own telephone design a few hours after Alexander Graham Bell. Gray was involved in a number of lawsuits with the young AT&T, and ultimately co-founded (with Enos BARTON) electrical equipment maker Western Electric, which was later sold to American Bell, which became AT&T. In 1984, Western Electric was renamed AT&T Technologies, and was spun off from AT&T in 1996 as part of Lucent Technologies. Stay tuned for another 10 years or so to see what becomes of Mr. Gray's company.

2. In America, it's gray. In Britain, Australia, New Zealand and South Africa, it's grey.

**Gray Code** A code used for translating certain analog representations into binary representations, such as the representation of angle. Gray code may also be called cyclic binary code or reflective code.

**Gray Lady** An endearing term for the New York Times newspaper.

**Gray Scale** The spectrum, or range, of shades of black that an image has. An optical pattern consisting of discrete steps or shades of gray between black and white. Early facsimile machines could only receive black and white images and print them in black or white. Now they can print 16 shades of gray. This way if they receive a photo, it will look like a photo.

**Gray Whale** One of the first non-Bell key systems sold in North America. It was a 1A2 electromechanical key system from TIE/communications. TIE was a shortening of the words Telephone Interconnect Equipment. It was a wonderfully reliable phone system. A gray whale is now a prized possession.

**Graybar** Probably the oldest distributor of phone equipment, as well as various electrical products. Named for Elisha GRAY and Enos BARTON, who formed Western Electric. The company is headquartered in St. Louis, though there is a famous Graybar building in Manhattan, attached to Grand Central Terminal. A plaque in the terminal near stairs leading into the Graybar building shows Gray and Barton (if it hasn't been defaced or stolen).

**Graybeards** Older, more mature executives and scientists who are typically more conservative and more skeptical than the younger workers on the team. Consent of the graybeards is typically required for any wild-eyed R&D idea in the military or bigger companies.

**Grayscale Monitor** Any monitor capable of showing levels of gray and not just black or white.

**GRE** Generic Routing Encapsulation. An Internet term. GRE is one of the basic operations performed by tunnel servers when tunneling through the Internet in order to provide a secure VPN (Virtual Private Network). GRE simply provides for the encapsulation of one data packet inside another data packet. The original packet becomes the payload (i.e.,

G