Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178
*Attorneys for Qualcomm Incorporated*

Juanita R. Brooks (SBN 75934)
brooks@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070
Facsimile: (619) 678-5099
*Attorneys for Apple Inc.*
[*Additional counsel identified on signature page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No. 3:17-cv-1375-DMS-MDD <br><br> **JOINT MOTION REGARDING APPLE'S REQUEST FOR LEAVE TO ASSERT ADDITIONAL PRIOR ART COMBINATIONS, QUALCOMM'S REQUEST FOR LEAVE TO ASSERT ADDITIONAL CLAIMS, AND TO DISMISS CERTAIN APPLE COUNTERCLAIMS** <br><br> District Court Judge: Hon. Dana M. Sabraw |

Qualcomm Inc., Qualcomm Technologies, Inc. (collectively, "Qualcomm"), and Apple Inc. ("Apple"), by and through their respective counsel, hereby jointly move for an order approving the stipulation below.  This joint motion moots Qualcomm's Motion To Assert Additional Claims In Its Preliminary Infringement Contentions (Doc. No. 169 [Unopposed]) and Apple's Motion For Leave To Assert Additional Combinations In Its Invalidity Contentions (Doc. No. 176, Doc. No. 194 [Qualcomm's Opposition to the same], Doc. No. 201 [Apple's Reply regarding the same], Doc. No. 242 [Apple's Supplemental Brief regarding the same]):

## STIPULATION

WHEREAS, Qualcomm filed an unopposed Motion for Partial Termination by Withdrawal of Certain Claims (the "Termination Motion") in the United States International Trade Commission Investigation No. 337-TA-1065, titled *In the Matter of Certain Mobile Electronic Devices and Radio Frequency and Processing Components Thereof* ("the ITC Action"), wherein it withdrew all but the following claims from the ITC Action:

| Patent No. | Claim(s) |
|---|---|
| 8,633,936 | 19, 25, 27 |
| 8,698,558 | 7 |
| 9,535,490 | 31 |

WHEREAS, on June 21, 2018, Administrative Law Judge Pender granted Qualcomm's Termination Motion, and thus claim 25 of U.S. Patent No. 8,633,936 ("the '936 Patent") is the only claim asserted by Qualcomm in the ITC Action, but not currently asserted in this action;

WHEREAS, allowing Qualcomm to assert claim 25 of the '936 Patent in addition to the claims identified in its infringement contentions served on May 25, 2018 would result in Qualcomm asserting fourteen total claims against Apple;

WHEREAS, the Court previously granted Qualcomm leave to assert a total of

up to thirteen claims against Apple (Dkt. 207);

WHEREAS, Apple does not oppose Qualcomm asserting claim 25 of U.S. '936 Patent in this action and does not intend to pursue declaratory judgment as to the patent claims Qualcomm has withdrawn from the ITC Action[1];

WHEREAS, on April 20, 2018, Apple served invalidity contentions containing certain prior art combinations (the "Previously-Disclosed Prior Art Combinations");

WHEREAS, Apple has requested leave to assert sixteen of the Previously-Disclosed Prior Art Combinations against the fourteen claims asserted by Qualcomm in this action, and Qualcomm does not oppose Apple's request;

WHEREAS, the Parties agree that permitting Qualcomm to assert claim 25 of the '936 Patent, dismissing Apple's declaratory judgment claims with respect to all other patent claims not asserted in this proceeding, and permitting Apple to assert sixteen prior art combinations will allow the Parties to more expeditiously litigate the remaining issues in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

Qualcomm may assert claim 25 of U.S. Patent No. 8,633,936 in this action, and Apple withdraws its declaratory judgment claims as to all Qualcomm patent claims other than the resulting 14 patent claims asserted in this action. Apple reserves its right to pursue declaratory judgment as to all Qualcomm patent claims should Qualcomm assert those claims against Apple in any forum. Apple may submit up to sixteen of the Previously-Disclosed Prior Art Combinations against the fourteen asserted Qualcomm patent claims. Any such prior art combinations shall be asserted by August 14, 2018 and shall not include new art or combinations not

---

[1] Apple, however, reserves its right to pursue declaratory judgment as to these claims should Qualcomm assert those claims against Apple in any forum.

1 | included in Apple's April 20, 2018 contentions.

Dated: August 10, 2018         Respectfully submitted,

By: *s/ Robert M. Yeh*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Frank Albert, SBN 247741, albert@fr.com
Joanna M. Fuller, SBN 266406, jfuller@fr.com
Robert M. Yeh, SBN 286018, ryeh@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801, appearing pro hac vice, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, appearing
pro hac vice, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070 / Fax: 202-783-2331

Mark D. Selwyn, SBN 244180,
mark.selwyn@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: 650-858-6000 / Fax: 650-858-6100

William F. Lee, MA Bar No. 291960 appearing *pro hac vice*, william.lee@wilmerhale.com
Joseph J. Mueller, MA Bar No. 647567 appearing *pro hac vice*, joseph.mueller@wilmerhale.com
Timothy Syrett, MA Bar No. 663676, appearing *pro hac vice*, timothy.syrett@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000 / Fax: 617-526-5000

3          Case No. 3:17-CV-01375-DMS-MDD

|    |                                                                                                                      |
|----|----------------------------------------------------------------------------------------------------------------------|
| 1  |                                                                                                                      |
| 2  | Nina S. Tallon, DC Bar No. 479481 appearing *pro hac vice*, nina.tallon@wilmerhale.com                               |
| 3  | Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW                                             |
| 4  | Washington, DC 20006<br>Phone: 202-663-6000 / Fax: 202-663-6363                                                      |
| 5  |                                                                                                                      |
| 6  | William A. Isaacson, DC Bar No. 414788,<br>appearing *pro hac vice*, wisaacson@bsfllp.com                            |
| 7  | Karen L. Dunn, DC Bar No. 1002520, appearing *pro hac vice*, kdunn@bsfllp.com                                        |
| 8  | Boies, Schiller & Flexner LLP<br>1401 New York Avenue, N.W.                                                          |
| 9  | Washington, DC 20005<br>Phone: 202-237-2727 / Fax: 202-237-6131                                                      |
| 10 |                                                                                                                      |
| 11 | Benjamin C. Elacqua, TX SBN 24055443<br>appearing *pro hac vice*, elacqua@fr.com                                     |
| 12 | John P. Brinkmann, TX SBN 24068091 appearing *pro hac vice*, brinkmann@fr.com                                        |
| 13 | Fish & Richardson P.C.<br>One Houston Center, 28th Floor                                                             |
| 14 | 1221 McKinney<br>Houston, TX 77010                                                                                   |
| 15 | Phone: 713-654-5300 / Fax: 713-652-0109                                                                              |
| 16 |                                                                                                                      |
| 17 | Brian P. Boyd, GA SBN 553190 appearing pro hac vice, bboyd@fr.com                                                    |
| 18 | Fish & Richardson P.C.<br>1180 Peachtree St., NE, 21ST Floor                                                         |
| 19 | Atlanta, GA 30309<br>Phone: 404-892-5005 / Fax: 404-892-5002                                                         |
| 20 |                                                                                                                      |
| 21 | Attorneys for *Defendant/Counterclaim Plaintiff APPLE INC.*                                                          |
| 22 |                                                                                                                      |
| 23 |                                                                                                                      |
| 24 | Dated:  August 10, 2018              Respectfully submitted,                                                         |
| 25 | By: *s/ Michelle A. Clark*                                                                                           |
| 26 | Karen P. Hewitt / kphewitt@jonesday.com<br>Randall E. Kay / rekay@jonesday.com                                       |
| 27 | JONES DAY<br>4655 Executive Drive, Suite 1500                                                                        |
| 28 | San Diego, California 92121                                                                                          |

|   |   |
|---|---|
| 1 | Telephone: (858) 314-1200 |
| 2 | Facsimile: (858) 345-3178 |
| 3 | David A. Nelson / |
|   | davenelson@quinnemanuel.com |
| 4 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 5 | 500 West Madison St., Suite 2450 |
|   | Chicago, Illinois 60661 |
| 6 | Telephone: (312) 705-7400 |
| 7 | Facsimile: (312) 705-7401 |
| 8 | Sean S. Pak (SBN 219032) |
|   | seanpak@quinnemanuel.com |
| 9 | Michael D. Powell (SBN 202850) |
|   | mikepowell@quinnemanuel.com |
| 10 | Michelle A. Clark (SBN 243777) |
| 11 | michelleclark@quinnemanuel.com |
|   | Andrew M. Holmes (SBN 260475) |
| 12 | drewholmes@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 13 | San Francisco, CA 94111 |
| 14 | Telephone: (415) 875-6600 |
|   | Facsimile: (415) 875-6700 |

Telephone: (858) 314-1200
Facsimile: (858) 345-3178

David A. Nelson /
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Michael D. Powell (SBN 202850)
mikepowell@quinnemanuel.com
Michelle A. Clark (SBN 243777)
michelleclark@quinnemanuel.com
Andrew M. Holmes (SBN 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Evan R. Chesler / echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff QUALCOMM INC. and Counterclaim-Defendants QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.*

5    Case No. 3:17-CV-01375-DMS-MDD

|    |    |
|----|----|
| 1  | **FILER'S ATTESTATION** |
| 2  | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative |
| 3  | Policies and Procedures of the United States District Court of the Southern District |
| 4  | of California, I certify that authorization for the filing of this document has been |
| 5  | obtained from the other signatory shown above and that said signatory has |
| 6  | |
| 7  | authorized placement of his electronic signature on this document. |
| 8  | Executed on August 10, 2018. |
| 9  | */s/ Michelle A. Clark* |
| 10 | Michelle A. Clark |

6   Case No. 3:17-CV-01375-DMS-MDD

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 10, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on August 10, 2018 at San Francisco, California.

        *s/ Michelle A. Clark*
         Michelle A. Clark