UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INCORPORATED,<br><br>　　　　　　　　　　　Defendant.<br><br>APPLE INCORPORATED,<br><br>　　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　　　　　　　Counter Defendant. | Case No.: 17cv1375 DMS(MDD)<br><br>**ORDER RE: TRIAL** |

　　　On February 8, 2019, this matter came on regularly for a pretrial conference. After consulting with counsel, and for good cause appearing, IT IS HEREBY ORDERED:

　　　1.　　Trial Date. A jury trial in this action shall commence on **March 4, 2019**, at **9:00 a.m.**, in Courtroom 13A.

　　　2.　　Time Limits. To promote the efficient administration of justice, provide for an orderly presentation of the evidence, and accommodate the parties' time estimates and

1

Court's schedule, the Court orders reasonable time limits of 20 hours per side. In making these time limits, the Court is familiar with the issues in the case and the parties' estimates for trial. The time limits include opening statements, presentation of evidence, side-bar conferences, and closing argument. The Court's voir dire is not included in the time limits, but attorney voir dire is included in each side's time limits. The time limits are subject to revision for good cause shown, but the parties should exercise diligence in efficiently presenting the case. The Courtroom Deputy Clerk will provide a summary of the time used at the conclusion of each trial day.

    3. Jury Instructions. On or before **March 1, 2019**, jury instructions must be submitted to the Court in the following format:

    a. The parties are required jointly to submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other at least ten days before March 1, 2019. The parties then should meet, confer, and submit to the Court one complete set of agreed upon instructions. The Court prefers to use standard pattern instructions, such as the Ninth Circuit Model Jury Instructions, Civil, the Judicial Council of California Civil Jury Instructions, or other pattern instructions from other states, if applicable.

    b. If the parties cannot agree upon one complete set of instructions, they are required to submit one set of instructions to which they have agreed, and two sets (one for each party) of supplemental instructions to which they have not agreed.

    c. The joint instructions and supplemental instructions must be presented to the Court on March 1, 2019, along with any objections to the supplemental instructions. All objections shall be in writing, set forth the challenged jury instruction in its entirety, identify the objectionable language, and contain citation to authority explaining why the instruction is improper. Where applicable, the objecting party shall submit an alternative instruction.

    d. The parties are required to submit the proposed joint set of instructions and proposed supplemental instructions in the following format:

2

17cv1375 DMS(MDD)

     i.  Two copies of each instruction should be provided.

     ii.  The first copy should indicate the number of the proposed instruction, the instruction, and the authority supporting the instruction.

     iii.  The second copy should contain only the proposed instructions on plain paper, that is, not on pleading paper. No other marks or writings should be present. This copy also should be presented via email in Word or WordPerfect format (any version).

  e.  All instructions should be short, concise, and neutral statements of law. Avoid argumentative instructions as they will not be given.

  f.  Any modification to a standard instruction must be identified by specifying the modification to the original instruction and the authority supporting the modification.

  4.  Voir Dire. The parties shall submit proposed voir dire questions on or before **March 1, 2019**. The Court will conduct the initial voir dire of the panel. In addition, the Court will allow each party 20 minutes for attorney voir dire.

  5.  Joint Statement, Witness and Exhibit Lists. On or before **March 1, 2019**, the parties shall submit a final list of witnesses and exhibits and a joint description of the case to be read to the jury. The parties shall submit an extra copy of the witness and exhibit lists for the court reporter.

  6.  Trial Briefs. On or before **March 1, 2019**, the parties shall file and serve on each other a trial brief that summarizes their theories of the case and what they expect the evidence to show.

  7.  Electronic Equipment. The parties must notify the Court in writing of any electronic equipment they seek to use during the trial, and contact at least one week before trial the Courtroom Deputy Clerk to arrange a time and date to set up any electronic equipment.

  8.  Trial Procedures – Jury Selection. The Court's Civil Pretrial and Trial Procedures, including jury selection practices, are attached. The parties also may view

these procedures on the Court's website at www.casd.uscourts.gov. (See "Rules," then click on "Chamber's Rules").

**IT IS SO ORDERED**.

Dated: February 11, 2019

Hon. Dana M. Sabraw
United States District Judge