UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>　　　　　　　Defendant. | Case No.:  17cv1375-DMS-MDD<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR INSPECTION OF DEFENDANT'S SOURCE CODE**<br><br>**[ECF No. 611]** |

## BACKGROUND

Before the Court is Plaintiff Qualcomm's Motion to Inspect Defendant Apple's source code.  The motion was filed ex parte
 on February 21, 2019.  (ECF No. 611).  Apple responded in opposition on March 5, 2019.  (ECF No. 650).  Qualcomm requests that the Court order Apple to allow Qualcomm to inspect Apple's source code "to contextualize the existing source code printouts, and to properly prepare its experts to trial." (ECF No. 611 at 3).  Trial has commenced in this case.  Apple opposes

Qualcomm's motion on the grounds that discovery long is closed, trial has commenced, and Qualcomm has had adequate opportunity to inspect Apple's source code. (ECF No. 650 at 2).[1] Apple asserts that its source code has been available since at least January 2018 and that Qualcomm has conducted approximately 60 inspection visits. (*Id.*). Qualcomm, in turn, argues that there have been many inspections conducted following the close of discovery, without objection, and that part of the problem was Apple's late disclosure of certain compiler software. (ECF No. 611 at 5-7).

The Court finds that Qualcomm has not presented sufficient cause to inspect Apple's source code at this time. Its experts should have been well-prepared by now and, if additional preparation was required, this should have been known before February 11, 2019, the filing date of this motion. According to Apple, Qualcomm inspected the software as recently as January 2019. (ECF No. 650 at 3). Qualcomm does not dispute this assertion.

Qualcomm's motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 6, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[1] The Court will refer to pagination supplied by CM/ECF rather than original page numbers throughout.