| | |
|---|---|
| David A. Nelson (*pro hac vice*)<br>(Ill. Bar No. 6209623)<br>davenelson@quinnemanuel.com<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>500 West Madison St., Suite 2450<br>Chicago, Illinois 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Scott L. Watson (SBN 219147)<br>scottwatson@quinnemanuel.com<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | Karen P. Hewitt (SBN 145309)<br>kphewitt@jonesday.com<br>Randall E. Kay (SBN 149369)<br>rekay@jonesday.com<br>**JONES DAY**<br>4655 Executive Drive, Suite 1500<br>San Diego, California 92121<br>Telephone: (858) 314-1200<br>Facsimile: (844) 345-3178<br><br>*[Additional counsel identified on signature page]*<br><br>*Attorneys for Plaintiff and Counterclaim Defendants*<br>QUALCOMM INCORPORATED<br>AND<br>QUALCOMM TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>                  Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>                  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-1375-DMS-MDD<br><br>**DECLARATION OF DAVID A. NELSON IN SUPPORT OF QUALCOMM INCORPORATED'S BENCH MEMORANDUM OPPOSING APPLE INC.'S REQUEST FOR AN INSTRUCTION REGARDING MR. SIVA'S TESTIMONY**<br><br>Trial Date:   March 4, 2019<br><br>Judge:  Hon. Dana M. Sabraw |

I, David A. Nelson, hereby declare as follows:

1. I am an attorney admitted to practice in the State of Illinois and am admitted *pro hac vice* to practice before the U.S. District Court for the Southern District of California. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan LLP, counsel for Qualcomm Incorporated ("Qualcomm") in the above-captioned matter.

2. I submit this declaration in support of Qualcomm's Opposition To Apple Inc.'s Request For An Instruction Regarding Mr. Siva's Testimony.

3. Attached as Exhibit A is a true and correct copy of March 7, 2019 email correspondence between counsel for Apple and Matt Warren of Warren Lex LLP.

4. Attached as Exhibit B is a true and correct copy of Apple Inc.'s First Supplemental Initial Disclosures in *Qualcomm Inc. v. Apple Inc.*, No. 3:17-cv-02403-CAB-MDD, dated April 4, 2018.

5. Attached as Exhibit C is a true and correct copy of a April 2, 2018 letter from Mr. Warren to counsel for Apple regarding Case No. 337-TA-1093 (I.T.C.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 8th day of 2019.

/s/ David A. Nelson

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com

*Attorney for Plaintiff and Counterclaim Defendants*
QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES. INC.

-1-
DECLARATION OF DAVID A. NELSON IN SUPPORT OF QUALCOMM INCORPORATED'S OPPOSITION TO APPLE INC.'S REQUESTED CURATIVE INSTRUCTION
Case No. 3:17-cv-1375-DMS-MDD