# EXHIBIT A

| | |
|---|---|
| **From:** | Matt Warren <matt@warrenlex.com> |
| **Sent:** | Thursday, March 7, 2019 8:38 PM |
| **To:** | Betty Chen |
| **Cc:** | QE-Qualcomm-SDCal-1375; Service-CSM-QC-Apple-CM@cravath.com; Qualcomm-JonesDay-SDCal1375; Apple_Qualcomm_FRService_SDCA_1375; WH Qualcomm-Apple SDCal 1375 Service List |
| **Subject:** | Re: AvQ 1375: trial subpoena for Mr. Sivasithambaresan |

Ms. Chen:

I write in response to the email below and your other email of today including courtesy copies of trial subpoenas to me and to Mr. Sivasithambaresan. I am deeply disappointed in the conduct of Apple's attorneys.

Although I do not have a copy of today's transcript and thus do not fully understand what are evidently charges Apple's attorneys have made against me, from published reports on the Internet, it appears that Apple's attorneys have alleged to the Court that I have improperly coordinated with counsel for Qualcomm in this matter. Setting aside whether any communication with them would be improper, that charge is false; as I told Mr. O'Neill of WilmerHale when we spoke this morning just after 8:00 a.m. PST, I have not spoken regarding this matter to any counsel for Qualcomm, or any other representative of Qualcomm. I will add that I have not communicated regarding this matter in any way, directly or indirectly, with counsel for Qualcomm or any other representative of Qualcomm—until just now, in this email, in response to an email you sent to me that included counsel for Qualcomm. After this, I do not plan to have any further communications with counsel for Qualcomm until this matter is resolved.

By continuing to pursue these false charges, and by now seeking to turn me into a witness, counsel for Apple has given me no choice but to retain counsel of my own. My counsel will contact you as soon as possible. In the meantime, I hope that counsel for Apple will reconsider their current path, and seek to litigate Apple's case on the merits, rather than through false allegations.

Best Regards,
Matt Warren

On Thu, Mar 7, 2019 at 5:54 PM Betty Chen <bchen@fr.com> wrote:

> Matt,
>
> Attached please find a trial subpoena for Mr. Sivasithambaresan. Please confirm that you accept service of the subpoena.
>
> Thanks,
>
> Betty

**Betty Chen ::** Principal **::** Fish & Richardson P.C.
650 839 5067 direct **::** 512 694 3721 cell