Nina S. Tallon, DC Bar No. 479481, *appearing pro hac vice*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: 202-663-6000 / Fax: 202-663-6363

Joseph J. Mueller, MA Bar No. 647567, *appearing pro hac vice*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000 / Fax: 617-526-5000

Juanita R. Brooks, SBN 75934
Seth M. Sproul, SBN 217711
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone:  858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801, *appearing pro hac vice*
Lauren A. Degnan, DC Bar No. 452421, *appearing pro hac vice*
FISH & RICHARDSON P.C.
1000 Maine Avenue, Suite 1000
Washington, D.C.  20024
Phone:  202-783-5070 / Fax:  202-783-2331

[Additional counsel listed in signature block on last page.]

*Attorneys for Defendant/Counterclaim-Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-1375-DMS-MDD<br><br>**DECLARATION OF NINA S. TALLON IN SUPPORT OF APPLE INC.'S MOTION TO STRIKE DR. RINARD'S UNDISCLOSED OPINION** |

I, Nina S. Tallon, hereby declare as follows:

1. I am an attorney admitted to practice in the District of Columbia and the Commonwealth of Massachusetts and am admitted *pro hac vice* to practice before the U.S. District Court for the Southern District of California. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter.

2. I submit this declaration in support of Apple's Motion to Strike Dr. Rinard's Undisclosed Opinion.

3. Attached as Exhibit A is a true and correct copy of email correspondence between counsel for Apple and counsel for Qualcomm, Inc. ("Qualcomm") between March 6, 2019 and March 8, 2019.

4. Attached as Exhibit B is a true and correct copy of the Opening Expert Report of Martin Rinard, Ph.D., Regarding Infringement of U.S. Patent No. 8,838,949.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of March 2019.

/s/ *Nina S. Tallon*