# EXHIBIT A

| | |
|---|---|
| From: | Michelle A. Clark <michelleclark@quinnemanuel.com> |
| Sent: | Friday, March 8, 2019 12:37 AM |
| To: | Frazier, Sarah; Branden Stein; Garcia, Nina; Backer, Joy; WH Qualcomm-Apple SDCal 1375 Service List; 'Apple_Qualcomm_FRService_SDCA_1375' |
| Cc: | QE-Qualcomm-SDCal-1375; 'JonesDay-QC1375@jonesday.com'; 'service-csm-qc-itc@cravath.com' |
| Subject: | Re: Qualcomm v. Apple, 17-1375 - Rinard |

**EXTERNAL SENDER**

Sarah, Jimmy, et al -

Without agreeing that Apple has raised an appropriate objection regarding whether Qualcomm's expert testimony falls outside the scope of the expert reports, we identify the following sections as a professional courtesy, which we hope will end this dispute.

| Expert: | Exemplary expert report disclosures: |
|---|---|
| Baker | Opening Report at ¶¶ 262, 268, 278, 280, 298 |
| Rinard | Opening Report at ¶¶ 29, 518-523, 584-585 |

Dr. Rinard was also deposed extensively regarding this position. *See, e.g.*, Rinard Dep. Tr. 211:22-212:3, 213:19-214:2, and 254:13-255:3. Please also see Dr. Rinard's trial testimony at pages 336:14-21, 339:17-340:10, 354:3-23, 362:3-17, and 366:3-20 and Dr. Baker's trial testimony at 500:4-17; 509:14-510:17. Should Apple pursue its objections, Qualcomm reserves the right to identify additional supporting disclosures from the expert reports, deposition testimony, and other relevant sources.

In addition, Qualcomm notes that neither of the excerpts of testimony identified by Apple occurred during direct examination. The two lines of testimony from Dr. Baker that Apple finds objectionable occur during redirect, in his response to questions clarifying the testimony elicited by Apple on cross-examination. The excerpt to which Apple purports to object in Dr. Rinard's testimony comes from his responses to questions elicited by Apple's counsel on cross-examination. Moreover, it does not appear that there was a contemporaneous objection made in a timely fashion to either Dr. Rinard's or Dr. Baker's testimony.

Please confirm that Apple will withdraw its objections. Given the timing of the trial, Apple's continued pursuit of these objections without ever articulating a reasonable basis for them is prejudicial to the parties' ability to resolve the issues in a manner that avoids prejudice to Qualcomm and these proceedings. As such, Qualcomm reserves all rights to argue not only that the objections are meritless but that they are untimely and waived as well.

Best,
Michelle

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Thursday, March 7, 2019 1:46 PM
**To:** Michelle A. Clark; Branden Stein; Garcia, Nina; Backer, Joy; WH Qualcomm-Apple SDCal 1375 Service List; 'Apple_Qualcomm_FRService_SDCA_1375'
**Cc:** QE-Qualcomm-SDCal-1375; 'JonesDay-QC1375@jonesday.com'; 'service-csm-qc-itc@cravath.com'
**Subject:** RE: Qualcomm v. Apple, 17-1375 - Rinard

Michelle,

We would like to know where in Dr. Rinard's expert report he offered the opinion that he gave yesterday at, e.g., page 398, line 12 through page 399, line 18 of the trial transcript.  Please let us know by 5 pm today.

Thanks,
Sarah

---

**From:** Michelle A. Clark <michelleclark@quinnemanuel.com>
**Sent:** Wednesday, March 6, 2019 7:09 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Branden Stein <brandenstein@quinnemanuel.com>; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Backer, Joy <Joy.Backer@wilmerhale.com>; WH Qualcomm-Apple SDCal 1375 Service List <WHQualcomm-AppleSDCal1375ServiceList@wilmerhale.com>; 'Apple_Qualcomm_FRService_SDCA_1375' <Apple_Qualcomm_FRService_SDCA_1375@fr.com>
**Cc:** QE-Qualcomm-SDCal-1375 <qe-qualcomm-sdcal-1375@quinnemanuel.com>; 'JonesDay-QC1375@jonesday.com' <JonesDay-QC1375@jonesday.com>; 'service-csm-qc-itc@cravath.com' <service-csm-qc-itc@cravath.com>
**Subject:** Re: Qualcomm v. Apple, 17-1375 - Rinard

**EXTERNAL SENDER:** This message originated outside of the firm.

Sarah,

I wasn't really clear on what Mr. Mueller was trying to strike.  I would appreciate getting the transcript cite, but I also agree that further meet and confer makes sense on this issue because despite having been in Court today, I'm still a bit unclear on the issue in dispute.  If you guys would provide a written articulation of the issue, I'd really appreciate it and it would help ensure that my response is useful.

Michelle

---

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Wednesday, March 6, 2019 4:05 PM
**To:** Michelle A. Clark; Branden Stein; Garcia, Nina; Backer, Joy; WH Qualcomm-Apple SDCal 1375 Service List; 'Apple_Qualcomm_FRService_SDCA_1375'
**Cc:** QE-Qualcomm-SDCal-1375; 'JonesDay-QC1375@jonesday.com'; 'service-csm-qc-itc@cravath.com'
**Subject:** RE: Qualcomm v. Apple, 17-1375 - Rinard

Michelle,

The one Mr. Mueller moved to strike during Dr. Rinard's testimony morning.  We don't have the transcript yet but are happy to forward the citation once we do.

Thanks,

Sarah

**From:** Michelle A. Clark <michelleclark@quinnemanuel.com>
**Sent:** Wednesday, March 6, 2019 7:02 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Branden Stein <brandenstein@quinnemanuel.com>; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Backer, Joy <Joy.Backer@wilmerhale.com>; WH Qualcomm-Apple SDCal 1375 Service List <WHQualcomm-AppleSDCal1375ServiceList@wilmerhale.com>; 'Apple_Qualcomm_FRService_SDCA_1375' <Apple_Qualcomm_FRService_SDCA_1375@fr.com>
**Cc:** QE-Qualcomm-SDCal-1375 <qe-qualcomm-sdcal-1375@quinnemanuel.com>; 'JonesDay-QC1375@jonesday.com' <JonesDay-QC1375@jonesday.com>; 'service-csm-qc-itc@cravath.com' <service-csm-qc-itc@cravath.com>
**Subject:** Re: Qualcomm v. Apple, 17-1375 - Rinard

**EXTERNAL SENDER:** This message originated outside of the firm.

Sarah,

It would be helpful if you could articulate, in writing, what opinion Apple is seeking to strike. Once we get that, we can assess the best way to confer and the timeline for doing so.

Thanks.

Michelle

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Wednesday, March 6, 2019 3:50 PM
**To:** Branden Stein; Garcia, Nina; Backer, Joy; WH Qualcomm-Apple SDCal 1375 Service List; 'Apple_Qualcomm_FRService_SDCA_1375'
**Cc:** QE-Qualcomm-SDCal-1375; 'JonesDay-QC1375@jonesday.com'; 'service-csm-qc-itc@cravath.com'
**Subject:** Qualcomm v. Apple, 17-1375 - Rinard

Counsel,

Please identify by 5pm tomorrow where in Dr. Rinard's report he disclosed the opinion that Apple has moved to strike.

Regards,
Sarah

**Sarah R. Frazier | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6022 (t)
+1 617 526 5000 (f)
sarah.frazier@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.