# EXHIBIT B
## (PUBLIC VERSION)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

QUALCOMM INCORPORATED,

Plaintiff,

vs.

APPLE INCORPORATED,

Defendant.

CASE NO. 3:17-CV-01375-DMS-MDD

**OPENING EXPERT REPORT OF MARTIN RINARD, PH.D.,**

**REGARDING INFRINGEMENT OF U.S. PATENT NO. 8,838,949**

