1  Nina S. Tallon, DC Bar No. 479481, *appearing pro hac vice*
2  WILMER CUTLER PICKERING HALE AND DORR LLP
   1875 Pennsylvania Avenue NW
3  Washington, DC 20006
4  Phone: 202-663-6000 / Fax: 202-663-6363

5  Joseph J. Mueller, MA Bar No. 647567, *appearing pro hac vice*
   WILMER CUTLER PICKERING HALE AND DORR LLP
6  60 State Street
7  Boston, MA 02109
8  Phone: 617-526-6000 / Fax: 617-526-5000

9  Juanita R. Brooks, SBN 75934
10 Seth M. Sproul, SBN 217711
   FISH & RICHARDSON P.C.
11 12390 El Camino Real
   San Diego, CA 92130
12 Phone: 858-678-5070 / Fax: 858-678-5099
13
14 Ruffin B. Cordell, DC Bar No. 445801, *appearing pro hac vice*
   Lauren A. Degnan, DC Bar No. 452421, *appearing pro hac vice*
15 FISH & RICHARDSON P.C.
16 1000 Maine Avenue, Suite 1000
   Washington, D.C.  20024
17 Phone: 202-783-5070 / Fax: 202-783-2331
18 [Additional counsel listed in signature block on last page.]
   *Attorneys for Defendant/Counterclaim-Plaintiff Apple Inc.*

19
20                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA

21 | QUALCOMM INCORPORATED, | Case No. 3:17-CV-1375-DMS-MDD |
22 |                        |                                |
   |          Plaintiff,    | **APPLE INC.'S MOTION TO FILE** |
23 |       v.               | **UNDER SEAL**                 |
24 |                        |                                |
   | APPLE INCORPORATED,    |                                |
25 |                        |                                |
   |          Defendant.    |                                |
26 |                        |                                |
27 | AND RELATED COUNTERCLAIMS. |                            |

28

1 Defendant Apple Inc. ("Apple") hereby moves pursuant to Civil Local Rule 79.2 and Patent Local Rule 2.2 for an order allowing Apple to file Exhibit B to Apple's Motion to Strike Dr. Rinard's Undisclosed Opinion ("Motion to Strike") under seal. Exhibit B to Apple's Motion to Seal has been designated "Highly Confidential – Attorneys' Eyes Only – Source Code." Qualcomm has indicated that it does not oppose Apple's Motion to Seal.

Compelling reasons exist to file Exhibit B to Apple's Motion to Strike under seal. Public disclosure of Exhibit B to Apple's Motion to Strike would reveal confidential and sensitive information to the public, including to competitors. This confidential information includes, but is not limited to, information regarding Apple's and Qualcomm's products.

Courts within the Ninth Circuit—including the Southern District of California—have recognized that such confidential and proprietary technical information qualifies as a trade secret and is properly subject to sealing. *See Mezzadri v. Med. Depot, Inc.*, No. 14-cv-2330, 2015 WL 12564223, at *2 (S.D. Cal. Dec. 18, 2015) ("There may be 'good cause' to seal records that are privileged, contain trade secrets, contain confidential research, development or commercial information, or if disclosure of the information might harm a litigant's competitive standing."); *In re Adobe Sys., Inc. Sec. Litig.*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) ("Protective orders and filings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated."); *Microsoft Corp. v. Motorola, Inc.*, No. 10-cv-1823-JLR, 2012 WL 5476846, at *3 (W.D. Wash. Nov. 12, 2012) ("[D]uring testimony related to confidential source code, settlement negotiations, and technical information, the court will close the courtroom to unauthorized persons."); *Network Appliance, Inc. v. Sun Microsystems Inc.*, No. C-

07-06053, 2010 U.S. Dist. LEXIS 21721, at *7-12 (N.D. Cal. Mar. 10, 2010) (sealing confidential and proprietary technical information); Fed. R. Civ. P. 26(c)(1)(G)-(H) (permitting under-seal filings for "trade secrets or other confidential research, development, or commercial information").

For these reasons, Apple respectfully requests that the Court grant Apple's Motion to File Under Seal Exhibit B to Apple's Motion to Strike.

Dated:  March 9, 2019

Respectfully submitted,

By: */s/ Nina S. Tallon*
    Nina S. Tallon, DC Bar No. 479481, *appearing pro hac vice*, nina.tallon@wilmerhale.com
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue NW
    Washington, DC 20006
    Phone: 202-663-6000 / Fax: 202-663-6363

    William F. Lee, MA Bar No. 291960, *appearing pro hac vice*, william.lee@wilmerhale.com
    Joseph J. Mueller, MA Bar No. 647567, *appearing pro hac vice*, joseph.mueller@wilmerhale.com
    Timothy Syrett, MA Bar No. 663676, *appearing pro hac vice*, timothy.syrett@wilmerhale.com
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Phone: 617-526-6000 / Fax: 617-526-5000

    Mark D. Selwyn, SBN 244180, mark.selwyn@wilmerhale.com
    Wilmer Cutler Pickering Hale and Dorr LLP
    950 Page Mill Road
    Palo Alto, CA 94304
    Phone: 650-858-6000 / Fax: 650-858-6100

|   |   |
|---|---|
| 1 |   |
| 2 | Juanita R. Brooks, SBN 75934, brooks@fr.com |
|   | Seth M. Sproul, SBN 217711, sproul@fr.com |
| 3 | Frank Albert, SBN 247741, albert@fr.com |
| 4 | Joanna M. Fuller, SBN 266406, jfuller@fr.com |
|   | Robert M. Yeh, SBN 286018, ryeh@fr.com |
| 5 | Fish & Richardson P.C. |
| 6 | 12390 El Camino Real |
|   | San Diego, CA 92130 |
| 7 | Phone: 858-678-5070 / Fax: 858-678-5099 |
| 8 |   |
| 9 | Ruffin B. Cordell, DC Bar No. 445801, appearing *pro hac vice*, cordell@fr.com |
| 10 | Lauren A. Degnan, DC Bar No. 452421, appearing |
|   | *pro hac vice*, degnan@fr.com |
| 11 | Fish & Richardson P.C. |
| 12 | 1000 Maine Avenue, Suite 1000 |
|   | Washington, D.C. 20024 |
| 13 | Phone: 202-783-5070 / Fax: 202-783-2331 |
| 14 |   |
| 15 | William A. Isaacson, DC Bar No. 414788, appearing *pro hac vice*, wisaacson@bsfllp.com |
| 16 | Karen L. Dunn, DC Bar No. 1002520, appearing |
|   | *pro hac vice*, kdunn@bsfllp.com |
| 17 | Boies, Schiller & Flexner LLP |
| 18 | 1401 New York Avenue, N.W. |
|   | Washington, DC 20005 |
| 19 | Phone: 202-237-2727 / Fax: 202-237-6131 |
| 20 |   |
| 21 | Benjamin C. Elacqua, TX SBN 24055443 appearing *pro hac vice*, elacqua@fr.com |
| 22 | John P. Brinkmann, TX SBN 24068091 appearing |
|   | *pro hac vice*, brinkmann@fr.com |
| 23 | Fish & Richardson P.C. |
| 24 | One Houston Center, 28th Floor |
|   | 1221 McKinney |
| 25 | Houston, TX 77010 |
| 26 | Phone: 713-654-5300 / Fax: 713-652-0109 |
| 27 |   |
| 28 |   |

MOTION TO FILE UNDER SEAL
CASE NO. 3:17-cv-01375-DMS-MDD

3

| | |
|---|---|
| 1 | Brian P. Boyd, GA SBN 553190 appearing |
| 2 | *pro hac vice*, bboyd@fr.com |
| | Fish & Richardson P.C. |
| 3 | 1180 Peachtree St., NE, 21ST Floor |
| 4 | Atlanta, GA  30309 |
| | Phone:  404-892-5005 / Fax:  404-892-5002 |

*Attorneys for Defendant/Counterclaim-Plaintiff APPLE INC.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on March 9, 2019 via electronic mail pursuant to Fed. R. Civ. Proc. 5(b) to all counsel of record in this action:

Karen P. Hewitt / kphewitt@jonesday.com
Randall E. Kay / rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

**Service email:**  Qualcomm-JonesDay-SDCal1375@jonesday.com


David A. Nelson / davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
**Service email**:  qe-qualcomm-sdcal-1375@quinnemanuel.com


Evan R. Chesler / echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**Service email**:  service-csm-qc-itc@cravath.com

| | |
|---|---|
| 1 | Mark D. Selwyn |
| 2 | Wilmer Cutler Pickering Hale and Dorr LLP |
|   | 950 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| 4 | Telephone: (650) 858-6000 |
|   | Facsimile: (650) 858-6100 |
| 5 | |
| 6 | William F. Lee |
|   | Joseph J. Mueller |
| 7 | Timothy Syrett |
| 8 | Wilmer Cutler Pickering Hale and Dorr LLP |
|   | 60 State Street |
| 9 | Boston, MA 02109 |
| 10 | Telephone: (617) 526-6000 |
|   | Facsimile: (617) 526-5000 |
| 11 | |
| 12 | Nina S. Tallon |
|   | Wilmer Cutler Pickering Hale and Dorr LLP |
| 13 | 1875 Pennsylvania Avenue NW |
| 14 | Washington, DC 20006 |
|   | Telephone: (202) 663-6000 |
| 15 | Facsimile: (202) 663-6363 |
| 16 | |
|   | **Service email:** WHQualcomm-AppleSDCal1375ServiceList@wilmerhale.com |
| 17 | |
| 18 | Executed on March 9, 2019 at San Diego, CA. |
| 19 | |
| 20 | /s/ Nina S. Tallon |

MOTION TO FILE UNDER SEAL
CASE NO. 3:17-cv-01375-DMS-MDD

6