

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Qualcomm Incorporated

**Plaintiff,**

v.

Apple Inc.

**Defendant.**

Case No.  3:17-cv-1375

**PRO HAC VICE APPLICATION**

Defendant Apple Inc.
Party Represented

I, __Claire M. Specht__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr LLP
Street address: 60 State Street
City, State, ZIP: Boston, MA 02109
Phone number: (617) 526-6000
Email: claire.specht@wilmerhale.com
That on Dec. 19, 2013 (Date) I was admitted to practice before Massachusetts SJC (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Seth M. Sproul
(Name)

(858) 678-4343
(Telephone)

Fish & Richardson P.C.
(Firm)

12390 El Camino Real
(Street)

San Diego, CA
(City)

92130
(Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_