David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Scott L. Watson (SBN 219147)
scottwatson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*[Additional counsel identified on signature page]*

*Attorneys for Plaintiff and Counterclaim Defendants*
QUALCOMM INCORPORATED
AND
QUALCOMM TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-1375-DMS-MDD <br><br> **DECLARATION OF MICHELLE CLARK IN SUPPORT OF QUALCOMM INCORPORATED'S MOTION TO EXCLUDE APPLE'S FALSE ALLEGATIONS OF WITNESS TAMPERING AND RELATED ACCUSATIONS.** <br><br> Judge: Hon. Dana M. Sabraw <br><br> Trial Date: March 4, 2019 |

I, Michelle Clark, hereby declare as follows:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, counsel of record in this matter for Plaintiff and Counterclaim Defendant Qualcomm, Incorporated ("Qualcomm"). I am a member of the Bar of the State of California and am admitted to practice in this Court. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below. I submit this declaration in support of Qualcomm's Unopposed Motion for an Order to File Under Seal Portions of Qualcomm's Trial Brief.

2. Attached hereto as Exhibit A is a true and accurate excerpt from the February 15, 2018 deposition of Arjuna Siva.

3. Attached hereto as Exhibit B is a true and correct copy of correspondence between the parties relating to Qualcomm's proposed motion *in limine*. Qualcomm sent Apple an email requesting that the parties meet and confer regarding the proposed motion *in limine* at 4:00 p.m. Pacific (an hour before the deadline for witness disclosures that evening). Pursuant to the parties' stipulated procedure, the parties conferred at 8:00 p.m. to address evidentiary issues. At that time, Apple had not provided any written response to Qualcomm's email regarding the proposed motion *in limine*. On the parties' call, Apple represented that it was not yet able to take a position regarding Qualcomm's proposed motion *in limine*. Thereafter, Apple sent an email purporting to agree to certain aspects of Qualcomm's proposed motion but not others if Qualcomm would proffer an appropriate stipulation. (Ex. B.) Given the lateness of the hour and the appropriateness of a Court order on this issue, Qualcomm filed its Motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge.

EXECUTED this 10th day of March, 2018 in San Diego, California.

1
2   */s/ Michelle Ann Clark*
    Michelle Ann Clark
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 10, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on March 10, 2019 at San Diego, California.


*/s/ Michelle Ann Clark*
Michelle Ann Clark