David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Scott L. Watson (SBN 219147)
scottwatson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*[Additional counsel identified on signature page]*

*Attorneys for Plaintiff and Counterclaim Defendants*
QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-1375-DMS-MDD<br><br>**QUALCOMM INCORPORATED'S REVISED PROPOSED VERDICT FORM**<br><br>Trial Date:  March 4, 2019<br><br>Judge:  Hon. Dana M. Sabraw |

# FINDINGS ON INFRINGEMENT CLAIMS

**A.   Infringement**

Has Qualcomm proven by a preponderance of the evidence that Apple has infringed the following asserted patent claims:

1. U.S. Patent No. 8,838,949 ("the '949 patent)

    Claim 1        Yes ____ No ____

    Claim 2        Yes ____ No ____

2. U.S. Patent No. 9,535,490 ("the '490 patent")

    Claim 31       Yes ____ No ____

3. US Patent No. 8,633,936 ("the '936 patent")

    Claim 19       Yes ____ No ____

    Claim 27       Yes ____ No ____

**B.   Willful Infringement**

4. Has Qualcomm proven by a preponderance of the evidence that Apple's infringement of any of the claims of the '949 patent was willful?

    Yes ____ No ____

5. Has Qualcomm proven by a preponderance of the evidence that Apple's infringement of any of the claims of the '490 patent was willful?

    Yes ____ No ____

6. Has Qualcomm proven by a preponderance of the evidence that Apple's infringement of any of the claims of the '936 patent was willful?

    Yes ____ No ____

# FINDINGS ON INVALIDITY DEFENSE

*Please answer this question regardless of your findings with respect to infringement.*

**A.   Inventorship**

7.   Has Apple proven by clear and convincing evidence that the '949 patent is invalid for failing to meet the requirement to name all actual inventors?

   Yes \_\_\_\_   No \_\_\_\_

# FINDINGS ON DAMAGES

## A. Reasonable Royalty

*If you found any asserted claim of the '949 patent infringed and not invalid, please answer Question 8. Otherwise, proceed to Question 9.*

8. For the '949 patent, what do you award as a reasonable royalty per unit sold?

    $_____

    Applying the royalty, what do you award as total damages as to the '949 patent?

    $_____

*If you found any asserted claim of the '490 patent infringed, please answer Question 9. Otherwise, proceed to Question 10.*

9. For the '490 patent, what do you award as a reasonable royalty per unit sold?

    $_____

    Applying the royalty, what do you award as total damages as to the '490 patent?

    $_____

*If you found any asserted claim of the '936 patent infringed, please answer Question 10.*

10. For the '936 patent, what do you award as a reasonable royalty per unit sold?

    $_____

    Applying the royalty, what do you award as total damages as to the '936 patent?

    $_____

*Stop. Please sign and date the verdict form.*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: _____                         By: _____
                                             Presiding Juror

DATED: March 11, 2019   Respectfully Submitted,

By */s/ Michelle Ann Clark*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Nathan A. Hamstra (*pro hac vice*)
(Ill. Bar No. 6286325)
nathanhamstra@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Scott L. Watson (SBN 219147)
scottwatson@quinnemanuel.com
Valerie A. Lozano (SBN 260020)
valerielozano@quinnemanuel.com
Patrick T. Schmidt (SBN 274777)
patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Richard W. Erwine (*pro hac vice*)
(N.Y. Bar No. 2753929)
richarderwine@quinnemanuel.com
Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Michelle A. Clark (SBN 243777)
michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JONES DAY
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
John D. Kinton (SBN 203250)
jkinton@jonesday.com
Kelly V. O'Donnell (SBN 257266)
kodonnell@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

*Attorneys for Plaintiff and Counterclaim Defendants QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES. INC.*