Nina S. Tallon, DC Bar No. 479481, *appearing pro hac vice*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: 202-663-6000 / Fax: 202-663-6363

Joseph J. Mueller, MA Bar No. 647567, *appearing pro hac vice*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000 / Fax: 617-526-5000

Juanita R. Brooks, SBN 75934
Seth M. Sproul, SBN 217711
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801, *appearing pro hac vice*
Lauren A. Degnan, DC Bar No. 452421, *appearing pro hac vice*
FISH & RICHARDSON P.C.
1000 Maine Avenue, Suite 1000
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331
[Additional counsel listed in signature block on last page.]
*Attorneys for Defendant/Counterclaim-Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-1375-DMS-MDD<br><br>**APPLE INC.'S PROPOSED VERDICT FORM** |
| AND RELATED COUNTERCLAIMS | |

**QUESTION 1:**

Has Qualcomm met its burden to prove that it is more likely than not that Apple infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim. A "Yes" is a finding for Qualcomm. A "No" is a finding for Apple.**

**'949 Patent**

Claim 1 __________

Claim 2 __________

**'936 Patent**

Claim 19 __________

Claim 27 __________

**'490 Patent**

Claim 31 __________

**QUESTION 2:**

Has Apple met its burden to prove that it is highly probable that the ’949 patent fails to meet the requirement to name all actual inventors?

**Check one “Yes” or “No.” “Yes” is a finding for Apple. “No” is a finding for Qualcomm.**

Yes _____

-OR-

No _____

ANSWER QUESTION 3 **ONLY IF** YOU HAVE FOUND ONE OR MORE VALID PATENTS INFRINGED.

**QUESTION 3:**

If you have found any claim(s) infringed and valid, what amount of money do you find would adequately compensate Qualcomm?

______________________

Please indicate if this is a paid-up lump sum royalty or a per unit royalty:

Paid-up lump sum royalty ______

Per unit royalty ______

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: ___________ By: _______________________

Presiding Juror

Dated: March 11, 2019

Respectfully submitted,

By: */s/ Nina S. Tallon*

Nina S. Tallon, DC Bar No. 479481, *appearing pro hac vice*, nina.tallon@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: 202-663-6000 / Fax: 202-663-6363

William F. Lee, MA Bar No. 291960, *appearing pro hac vice*, william.lee@wilmerhale.com
Joseph J. Mueller, MA Bar No. 647567, *appearing pro hac vice*, joseph.mueller@wilmerhale.com
Timothy Syrett, MA Bar No. 663676, *appearing pro hac vice*, timothy.syrett@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000 / Fax: 617-526-5000

Mark D. Selwyn, SBN 244180, mark.selwyn@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: 650-858-6000 / Fax: 650-858-6100

Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Frank Albert, SBN 247741, albert@fr.com
Joanna M. Fuller, SBN 266406, jfuller@fr.com
Robert M. Yeh, SBN 286018, ryeh@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801, appearing *pro hac vice*, cordell@fr.com

Lauren A. Degnan, DC Bar No. 452421, appearing *pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
1000 Maine Avenue, Suite 1000
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331

William A. Isaacson, DC Bar No. 414788, appearing *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, appearing *pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

Benjamin C. Elacqua, TX SBN 24055443 appearing *pro hac vice*, elacqua@fr.com
John P. Brinkmann, TX SBN 24068091 appearing *pro hac vice*, brinkmann@fr.com
Fish & Richardson P.C.
One Houston Center, 28th Floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

Brian P. Boyd, GA SBN 553190 appearing *pro hac vice*, bboyd@fr.com
Fish & Richardson P.C.
1180 Peachtree St., NE, 21ST Floor
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

*Attorneys for Defendant/Counterclaim-Plaintiff APPLE INC.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on March 11, 2019 via electronic mail pursuant to Fed. R. Civ. Proc. 5(b) to all counsel of record in this action:

Karen P. Hewitt / kphewitt@jonesday.com
Randall E. Kay / rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

**Service email:** Qualcomm-JonesDay-SDCal1375@jonesday.com

David A. Nelson / davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
**Service email**: qe-qualcomm-sdcal-1375@quinnemanuel.com

Evan R. Chesler / echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**Service email**: service-csm-qc-itc@cravath.com

Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee
Joseph J. Mueller
Timothy Syrett
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nina S. Tallon
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

**Service email:** WHQualcomm-AppleSDCal1375ServiceList@wilmerhale.com

Executed on March 11, 2019 at San Diego, CA.

*/s/ Nina S. Tallon*