David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Scott L. Watson (SBN 219147)
scottwatson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*[Additional counsel identified on signature page]*

*Attorneys for Plaintiff and Counterclaim Defendants*
QUALCOMM INCORPORATED
AND
QUALCOMM TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-1375-DMS-MDD<br><br>**NOTICE OF QUALCOMM INCORPORATED'S RULE 50(a) MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW ON APPLE'S INVENTORSHIP DEFENSES AND COUNTERCLAIMS**<br><br>Trial Date:　March 4, 2019<br><br>Judge:　Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Fed. R. Civ. P. 50(a), Plaintiff Qualcomm Incorporated ("Qualcomm") hereby files its Motion For Partial Judgment As A Matter Of Law On Apple's Inventorship Defenses And Counterclaims.

Judgment in Qualcomm's favor is appropriate because, based on the evidence presented at trial and the applicable legal standards, "a reasonable jury would not have a legally sufficient basis" to find that Apple carried its burden on this issue.

This motion is supported by the accompanying Memorandum In Support, by all evidence in the record, and by such other written or oral argument and citation to authority presented prior to a determination on this motion.

DATED:  March 13, 2019				Respectfully Submitted,


				By */s/ Michelle Ann Clark*

				QUINN EMANUEL URQUHART & SULLIVAN, LLP
				David A. Nelson (*pro hac vice*)
				(Ill. Bar No. 6209623)
				davenelson@quinnemanuel.com
				Nathan A. Hamstra (*pro hac vice*)
				(Ill. Bar No. 6286325)
				nathanhamstra@quinnemanuel.com
				500 West Madison St., Suite 2450
				Chicago, Illinois 60661
				Telephone: (312) 705-7400
				Facsimile: (312) 705-7401

				Scott L. Watson (SBN 219147)
				scottwatson@quinnemanuel.com
				Valerie A. Lozano (SBN 260020)
				valerielozano@quinnemanuel.com
				Patrick T. Schmidt (SBN 274777)
				patrickschmidt@quinnemanuel.com
				865 South Figueroa Street, 10th Floor
				Los Angeles, CA 90017
				Telephone: (213) 443-3000
				Facsimile: (213) 443-3100

				Richard W. Erwine (*pro hac vice*)
				(N.Y. Bar No. 2753929)
				richarderwine@quinnemanuel.com
				Alexander Rudis (*pro hac vice*)
				(N.Y. Bar No. 4232591)
				alexanderrudis@quinnemanuel.com
				51 Madison Avenue, 22nd Floor
				New York, NY 10010
				Telephone: (212) 849-7000
				Facsimile: (212) 849-7100

				Sean S. Pak (SBN 219032)
				seanpak@quinnemanuel.com
				Michelle A. Clark (SBN 243777)
				michelleclark@quinnemanuel.com
				50 California Street, 22nd Floor
				San Francisco, CA 94111
				Telephone: (415) 875-6600
				Facsimile: (415) 875-6700

JONES DAY
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
John D. Kinton (SBN 203250)
jkinton@jonesday.com
Kelly V. O'Donnell (SBN 257266)
kodonnell@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

*Attorneys for Plaintiff and Counterclaim Defendants QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 13, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on March 13, 2019 at San Diego, California.

<u>*/s/ Michelle Ann Clark*</u>
    Michelle Ann Clark