FILED

MAR 15 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>           Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 3:17-cv-1375-DMS-MDD<br><br>**VERDICT FORM** |

# FINDINGS ON INFRINGEMENT CLAIMS

**Infringement**

Has Qualcomm proven by a preponderance of the evidence that Apple has infringed the following asserted patent claims?

**Answer "Yes" or "No" for each Claim. A "Yes" is a finding for Qualcomm. A "No" is a finding for Apple.**

U.S. Patent No. 8,838,949 ("the '949 patent)

    Claim 1    Yes ✓ No ___

    Claim 2    Yes ✓ No ___

US Patent No. 8,633,936 ("the '936 patent")

    Claim 19    Yes ✓ No ___

    Claim 27    Yes ✓ No ___

U.S. Patent No. 9,535,490 ("the '490 patent")

    Claim 31    Yes ✓ No ___

## FINDINGS ON INVALIDITY DEFENSE

*Please answer this question regardless of your findings on infringement.*

**Inventorship**

Has Apple proven by clear and convincing evidence that the '949 patent is invalid for failing to meet the requirement to name all actual inventors? **Answer "Yes" or "No." "Yes" is a finding for Apple. "No" is a finding for Qualcomm.**

Yes \_\_\_\_  No  ✓

# FINDINGS ON DAMAGES

*If you found any asserted claim of the '949 patent infringed and not invalid, please answer Question 1. Otherwise, proceed to Question 2.*

1. For the '949 patent, what do you award as a reasonable royalty per unit sold?

   $ 0.44

   Applying the royalty, what do you award as total damages for the '949 patent?

   $ 9,428,479

*If you found any asserted claim of the '936 patent infringed, please answer Question 2. Otherwise, proceed to Question 3.*

2. For the '936 patent, what do you award as a reasonable royalty per unit sold?

   $ 0.55

   Applying the royalty, what do you award as total damages for the '936 patent?

   $ 9,199,134

*If you found any asserted claim of the '490 patent infringed, please answer Question 3.*

3. For the '490 patent, what do you award as a reasonable royalty per unit sold?

   $ 0.42

   Applying the royalty, what do you award as total damages for the '490 patent?

   $ 12,978,555

*Stop. Please sign and date the verdict form.*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the verdict form in the spaces below and notify the Court that you have reached a verdict. The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: 3-15-2019           By: _Patrick Sutter_ (signature)
                              Foreperson