MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

QUALCOMM Incorporated      VS      APPLE Incorporated

Case Number: 17CV1375-DMS-MDD      WITNESS LIST      Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| March 4, 2019 | X | | JAMES THOMPSON |
| | X | | CLAUDIA DE ANDRADE |
| March 5, 2019 | X | | CLAUDIA DE ANDRADE |
| | X | | STEVE HAEHNICHEN |
| | X | | DR. MARTIN RINARD |
| March 6, 2019 | X | | DR. MARTIN RINARD |
| | X | | SAURABH GARG (Video Deposition) |
| | X | | ULRICH LEUCHT ROTH (Video Deposition) |
| | X | | MURALI KRISHNA |
| | X | | KARAN SANGHI (Video Deposition) |
| | X | | DR. RUSSELL JACOB BAKER |
| March 7, 2019 | X | | DR. RUSSELL JACOB BAKER |
| | X | | TERENCE POTTER (Video Deposition) |
| | X | | JEAN-LUC DUPRAT (Video Deposition) |
| | X | | DR. MURALI ANNAVARAM |
| | X | | ANAND SHIMPI (Video Deposition) |
| | X | | JAMES IMAHIRO (Video Deposition) |
| | X | | PHILLIP SCHILLER (Video Deposition) |
| | X | | JAYNA WHITT (Video Deposition) |
| | X | | KAIANN DRANCE (Video Deposition) |
| | X | | DR. JEFFREY PRINCE |
| March 8, 2019 | X | | DR. JEFFREY PRINCE |
| | X | | DR. PATRICK KENNEDY |
| | | X | FRANK CASANOVA |
| | | X | SAM POST |

1

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  |  | VS |  |
|---|---|---|---|
| QUALCOMM Incorporated | | | APPLE Incorporated |
| Case Number: 17CV1375-DMS-MDD | | WITNESS LIST | Jury Trial |

| | | | |
|---|---|---|---|
|  |  | X | OKTAY GUMUS (Video Deposition) |
|  |  | X | DANIEL KIM (Video Deposition) |
| March 11, 2019 |  | X | ARJUNA SIVASITHAMBARESAN |
|  |  | X | IGOR MALAMANT (Video Deposition) |
|  |  | X | BILL LIN |
| March 12, 2019 |  | X | BILL LIN |
|  |  | X | JEAN-LUC DUPRAT |
|  |  | X | HENRY FUCHS |
|  |  | X | ULRICH LEUCHT-ROTH |
|  |  | X | BILL LIN (recalled) |
| March 13, 2019 |  | X | BILL LIN |
|  |  | X | JOSHUA DE CESARE (Video Deposition) |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2