# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-1375-DMS-MDD<br><br>**JUDGMENT** |

This action came before the Court for a trial by jury on March 4, 2019. The issues have been tried and the jury rendered its verdict in favor of Plaintiff Qualcomm Incorporated ("Qualcomm") and against Defendant Apple Inc. ("Apple") on all issues presented (Dkt. 691). In accordance with the verdict entered on March 15, 2019, which is attached hereto, JUDGMENT IS ENTERED BY THIS COURT AS FOLLOWS:

The Court enters judgment in favor of Qualcomm Incorporated ("Qualcomm") and against Apple Inc. ("Apple") as to infringement of U.S. Patent Nos. 8,838,949 ("the '949 patent"); 8,633,936 ("the '936 patent"); 9,535,490 ("the '490 patent").

The Court awards $9,428,479 in past damages for infringement of the '949 patent at a royalty rate per unit sold of $0.44; $9,199,134 in past damages for infringement of the '936 patent at a royalty rate per unit sold of $0.55; and $12,978,555 in past damages for infringement of the '490 patent at a royalty rate per unit sold of $0.42, for a sum total of $31,606,168.00 in past damages.

Any remaining claims, counterclaims, or defenses of the parties are hereby DISMISSED WITH PREJUDICE. Qualcomm shall recover from Apple the costs of suit as provided by law.

**IT IS SO ORDERED.**

1  DATED:

3                                By _____
4                                   HON. DANA M. SABRAW, District Judge
                                     UNITED STATES DISTRICT COURT