David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Scott L. Watson (SBN 219147)
scottwatson@quinnemanuel.com
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*[Additional counsel identified on signature page]*

*Attorneys for Plaintiff and Counterclaim Defendants*
QUALCOMM INCORPORATED
AND
QUALCOMM TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-1375-DMS-MDD<br><br>**NOTICE OF QUALCOMM INCORPORATED'S CONDITIONAL RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW ON APPLE'S INVALIDITY DEFENSES AND COUNTERCLAIMS**<br><br>Trial Date:　　March 4, 2019<br>Hearing Date:　May 17, 2019 1:30 pm<br><br>Judge: Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Fed. R. Civ. P. 50(b), Plaintiff Qualcomm Incorporated ("Qualcomm") hereby files its Conditional Motion For Judgment As A Matter Of Law On Apple's Invalidity Defenses And Counterclaims.

Judgment in Qualcomm's favor is appropriate because, based on the evidence presented at trial and the applicable legal standards, "a reasonable jury would not have a legally sufficient evidentiary basis" to find that Apple carried its burden on its invalidity defenses and counterclaims. After including it in all prior pleadings and the pre-trial order, Apple expressly waived these issues at trial, and no evidence was presented to the jury.

This motion is supported by the accompanying Memorandum In Support, by all evidence in the record, and by such other written or oral argument and citation to authority presented prior to a determination on this motion.

DATED:  April 12, 2019               Respectfully Submitted,


                                     By /s/ Michelle Ann Clark

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
                                     David A. Nelson (*pro hac vice*)
                                     (Ill. Bar No. 6209623)
                                     davenelson@quinnemanuel.com
                                     Nathan A. Hamstra (*pro hac vice*)
                                     (Ill. Bar No. 6286325)
                                     nathanhamstra@quinnemanuel.com
                                     500 West Madison St., Suite 2450
                                     Chicago, Illinois 60661
                                     Telephone: (312) 705-7400
                                     Facsimile: (312) 705-7401

|   |   |
|---|---|
| 1 | Scott L. Watson (SBN 219147) |
| 2 | scottwatson@quinnemanuel.com |
|   | Valerie A. Lozano (SBN 260020) |
| 3 | valerielozano@quinnemanuel.com |
|   | Patrick T. Schmidt (SBN 274777) |
| 4 | patrickschmidt@quinnemanuel.com |

1  Scott L. Watson (SBN 219147)
   scottwatson@quinnemanuel.com
2  Valerie A. Lozano (SBN 260020)
   valerielozano@quinnemanuel.com
3  Patrick T. Schmidt (SBN 274777)
   patrickschmidt@quinnemanuel.com
4  865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017
5  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
6
7  Richard W. Erwine (*pro hac vice*)
   (N.Y. Bar No. 2753929)
8  richarderwine@quinnemanuel.com
   Alexander Rudis (*pro hac vice*)
9  (N.Y. Bar No. 4232591)
   alexanderrudis@quinnemanuel.com
10 51 Madison Avenue, 22nd Floor
   New York, NY 10010
11 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
12
13 Sean S. Pak (SBN 219032)
   seanpak@quinnemanuel.com
14 Michelle A. Clark (SBN 243777)
   michelleclark@quinnemanuel.com
15 50 California Street, 22nd Floor
   San Francisco, CA 94111
16 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
17
18 JONES DAY
   Karen P. Hewitt (SBN 145309)
19 kphewitt@jonesday.com
   Randall E. Kay (SBN 149369)
20 rekay@jonesday.com
   John D. Kinton (SBN 203250)
21 jkinton@jonesday.com
   Kelly V. O'Donnell (SBN 257266)
22 kodonnell@jonesday.com
   4655 Executive Drive, Suite 1500
23 San Diego, California 92121
   Telephone: (858) 314-1200
24 Facsimile: (858) 345-3178

*Attorneys for Plaintiff and Counterclaim Defendants QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 12, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on April 12, 2019 at San Francisco, California.

*/s/ Michelle Ann Clark*
Michelle Ann Clark