David A. Nelson (Ill. Bar No. 6209623; *pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, IL 60661
Phone: (312) 705-7400 / Fax: (312) 705-7401

Karen P. Hewitt (State Bar No. 145309)
kphewitt@jonesday.com
Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Phone: (858) 314-1200 / Fax: (844) 345-3178

Evan R. Chesler (N.Y. Bar No. 1475722; *pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000 / Fax: (212) 474-3700

[Additional counsel identified on signature pages]

*Attorneys for Counterclaim-Defendants*
QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-CV-01375-DMS-MDD<br><br>**QUALCOMM'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   May 24, 2019<br>Time:   1:30 p.m.<br>Courtroom:  13A<br>Judge:  Hon. Dana M. Sabraw |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that on May 24, 2019 at 1:30 p.m., or as soon
3  thereafter as they may be heard, in Courtroom 13A of the United States District
4  Court located at 333 West Broadway Street, San Diego, California 92101, Plaintiff
5  and Counterclaim-Defendants Qualcomm Inc. and Qualcomm Technologies, Inc.
6  (collectively, "Qualcomm") will and hereby do move this Court for an order
7  granting Qualcomm's Motion for Partial Summary Judgment as follows:

8      (1)    No induced infringement of the asserted claims of all patents-in-suit;
9      (2)    No infringement of the asserted claims of U.S. Patent No. 7,383,453 by
10             the accused RPM products;
11     (3)    No infringement of the asserted claims of U.S. Patent No. 8,433,940;
12             and
13     (4)    Invalidity of the asserted claims of U.S. Patent No. 7,383,453 as
14             indefinite under 35 U.S.C. § 112(b).

15 This Motion is supported by the accompanying Memorandum of Points and
16 Authorities, the declaration of Kelly V. O'Donnell and exhibits thereto, and such
17 other written and oral argument and authorities that may be presented at or before
18 the hearing on this Motion.

19 Apple opposes this motion.

20

21 Dated: April 12, 2019         Respectfully submitted,
22
23                                      By: */s/ Kelly V. O'Donnell*
                                     **JONES DAY**
24                                      Karen P. Hewitt (SBN 145309)
25                                      kphewitt@jonesday.com
                                     Randall E. Kay (SBN 149369)
26                                      rekay@jonesday.com
27                                      John D. Kinton (SBN 203250)
                                     jkinton@jonesday.com
28

Kelly V. O'Donnell (SBN 257266)
kodonnell@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

William E. Devitt (*pro hac vice*)
(Ill. Bar No. 6229133)
wdevitt@jonesday.com
John M. Michalik (*pro hac vice*)
(Ill. Bar No. 6280622)
jmichalik@jonesday.com
77 West Wacker Drive, 35th Floor
Chicago, Illinois 60601
Telephone: (312) 269-4240

Keith B. Davis (*pro hac vice*)
(TX Bar No. 24037895)
kbdavis@jonesday.com
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 969-4528
Facsimile: (214) 969-5100

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019

Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Counterclaim-Defendants*
QUALCOMM INCORPORATED
QUALCOMM TECHNOLOGIES, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 12, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

Executed on April 12, 2019 at San Diego, California.

*/s/ Kelly V. O'Donnell*
Kelly V. O'Donnell