Juanita R. Brooks (SBN 75934)/brooks@fr.com
Seth M. Sproul (SBN 217711)/sproul@fr.com
Frank Albert (SBN 247741)/albert@fr.com
Joanna M. Fuller (SBN 266406)/jfuller@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (858) 678-5070/ Fax: (858) 678-5099
*Attorneys for Apple Inc.*

David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
*Attorneys for Qualcomm Incorporated*
[*Additional counsel identified on signature page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-01375-DMS-MDD <br><br> **JOINT STIPULATION TO DISMISS AND [PROPOSED] ORDER TO DISMISS** <br><br> Judge: Hon. Dana M. Sabraw |

Joint Stipulation and [Proposed] Order to Dismiss

Case No. 3:17-CV-01375-DMS-MDD

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, Qualcomm Incorporated, Qualcomm Technologies Inc., and Apple Inc. (together, the "Parties"), by and through their respective counsel, hereby stipulate to dismissal with prejudice of all claims, counterclaims, and defenses in this action in consideration of a confidential settlement agreement between the Parties, with each party to bear their own attorneys' fees and costs.

Dated: April 22, 2019                    Respectfully submitted,

By: *s/ Benjamin C. Elacqua*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Frank Albert, SBN 247741, albert@fr.com
Joanna M. Fuller, SBN 266406, jfuller@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
1000 Maine Avenue, S.W. Suite 1000
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331

Mark D. Selwyn, SBN 244180,
mark.selwyn@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: 650-858-6000 / Fax: 650-858-6100

William F. Lee, MA Bar No. 291960
*pro hac vice*, william.lee@wilmerhale.com
Joseph J. Mueller, MA Bar No. 647567
*pro hac vice*, joseph.mueller@wilmerhale.com
Timothy Syrett, MA Bar No. 663676
*pro hac vice*, timothy.syrett@wilmerhale.com
Sarah B. Petty, *pro hac vice*,
sarah.petty@wilmerhale.com
Jonathan W. Woodard, *pro hac vice*,
jonathan.woodard@wilmerhale.com
Louis W. Tompros, *pro hac vice,*
louis.tompros@wilmerhale.com
Bradley M. Baglien, *pro hac vice*,
Bradley.baglien@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000 / Fax: 617-526-5000

Nina S. Tallon, DC Bar No. 479481
*pro hac vice*, nina.tallon@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: 202-663-6000 / Fax: 202-663-6363

William A. Isaacson, DC Bar No. 414788
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520
*pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

Benjamin C. Elacqua, TX SBN 24055443
*pro hac vice*, elacqua@fr.com
John P. Brinkmann, TX SBN 24068091
*pro hac vice*, brinkmann@fr.com
Fish & Richardson P.C.
One Houston Center, 28th Floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

| Joint Stipulation and [Proposed] Order to Dismiss | Case No. 3:17-CV-01375-DMS-MDD |
|---|---|

| | |
|---|---|
| 1 | Brian P. Boyd, GA SBN 553190 |
| 2 | *pro hac vice*, bboyd@fr.com |
|   | Fish & Richardson P.C. |
| 3 | 1180 Peachtree St., NE, 21ST Floor |
|   | Atlanta, GA 30309 |
| 4 | Phone: 404-892-5005 / Fax: 404-892-5002 |
| 5 | Attorneys for *Defendant/Counterclaim Plaintiff* |
| 6 | *APPLE INC.* |

| | | |
|---|---|---|
| 1 | DATED:  April 22, 2019 | Respectfully Submitted, |
| 2 | | |
| 3 | | By */s/ Michelle A. Clark* |
| 4 | | |
| 5 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | David A. Nelson (*pro hac vice*) (Ill. Bar No. 6209623) davenelson@quinnemanuel.com Nathan A. Hamstra (*pro hac vice*) (Ill. Bar No. 6286325) nathanhamstra@quinnemanuel.com 500 West Madison St., Suite 2450 Chicago, Illinois 60661 Telephone: (312) 705-7400 Facsimile: (312) 705-7401 |

(Full signature block:)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Nathan A. Hamstra (*pro hac vice*)
(Ill. Bar No. 6286325)
nathanhamstra@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Scott L. Watson (SBN 219147)
scottwatson@quinnemanuel.com
Valerie A. Lozano (SBN 260020)
valerielozano@quinnemanuel.com
Patrick T. Schmidt (SBN 274777)
patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Richard W. Erwine (*pro hac vice*)
(N.Y. Bar No. 2753929)
richarderwine@quinnemanuel.com
Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Michelle A. Clark (SBN 243777)
michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

| | | |
|---|---|---|
| 28 | Joint Stipulation and [Proposed] Order to Dismiss | Case No. 3:17-CV-01375-DMS-MDD |

|   |   |
|---|---|
| 1 | JONES DAY |
| 2 | Karen P. Hewitt (SBN 145309) |
|   | kphewitt@jonesday.com |
| 3 | Randall E. Kay (SBN 149369) |
|   | rekay@jonesday.com |
| 4 | John D. Kinton (SBN 203250) |
|   | jkinton@jonesday.com |
| 5 | Kelly V. O'Donnell (SBN 257266) |
|   | kodonnell@jonesday.com |
| 6 | 4655 Executive Drive, Suite 1500 |
|   | San Diego, California 92121 |
| 7 | Telephone: (858) 314-1200 |
|   | Facsimile: (858) 345-3178 |

*Attorneys for Plaintiff and Counterclaim Defendants QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC.*

Joint Stipulation and [Proposed] Order to Dismiss

Case No. 3:17-CV-01375-DMS-MDD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system pursuant to Local Rule 5.4(d).

Dated: April 22, 2019     /s/Michelle A. Clark

## FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: April 22, 2019     s/ Michelle A. Clark

Joint Stipulation and [Proposed] Order to Dismiss     Case No. 3:17-CV-01375-DMS-MDD

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INC., <br><br>        Plaintiff, <br><br>   v. <br><br>APPLE INC., <br><br>        Defendant. | Case No. 3:17-cv-01375-DMS-MDD <br><br><br>**[PROPOSED] ORDER TO DISMISS** |
| AND RELATED COUNTERCLAIMS. | Judge: Hon. Dana M. Sabraw |

[Proposed] Order to Dismiss     1     Case No. 3:17-CV-01375-DMS-MDD

On April 17, 2019, the parties filed a joint stipulation to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).  Good cause appearing, the Court GRANTS the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety.  Each party must bear their own attorneys' fees and costs.  The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: _____

Hon. Dana M. Sabraw
United States District Judge